**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

November 3, 2025

Hon. J. Paul Oetken
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *United States v. Wander*, 25 Cr. 473 (JPO)

Dear Judge Oetken:

    We write on behalf of defendant Joshua Wander to respectfully request that Mr. Wander be permitted to travel to the District of Massachusetts from November 25 through November 30, 2025, as well as to travel in and through any district en route to and from Massachusetts as needed (for example, if his flight is re-routed or he is unable to book a direct flight). The purpose of the travel is for Mr. Wander, his wife, and his two small children to spend the Thanksgiving holiday with his wife's family, who live in the Boston area.

    We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

    We respectfully request that the Court endorse this letter to permit Mr. Wander to travel as proposed.

Respectfully submitted,

*Jordan Estes*

Jordan Estes
Partner

Granted.
So ordered:
11/4/2025

_____
J. PAUL OETKEN
United States District Judge