**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>JOSHUA WANDER,<br>Defendant. | No. 25 Cr. 473 (JPO) |

**DECLARATION OF MICHAEL MARTINEZ**
**IN SUPPORT OF DEFENDANT JOSHUA WANDER'S MOTION FOR AN EVIDENTIARY HEARING**

MICHAEL MARTINEZ, an attorney duly admitted to practice in the State of New York and in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel for Defendant Joshua Wander in the above-captioned matter. I am familiar with the facts and circumstances of this action.

2. In support of Joshua Wander's Motion for an Evidentiary Hearing, annexed hereto are true and correct copies of the exhibits identified herein.

3. Attached hereto as **Exhibit 1** is the complaint filed in *Securities and Exchange Commission v. Joshua Wander, et al.*, 25-cv-8565 (SDNY), ECF No. 1, on October 16, 2025.

4. Attached hereto as **Exhibit 2** is 777 Partners' preferred equity offering presentation, dated Summer 2021, and produced by the government with Bates stamp beginning USAO_REL_01_04658739.

5. Attached hereto as **Exhibit 3** is a *Guardian* article titled "Airlines may not recover from Covid-19 crisis for five years, says Airbus," by Jasper Jolly, dated April 29, 2020.

6. Attached hereto as **Exhibit 4** is an article titled "The First 100 Days: How Airlines Responded to the COVID-19 Crisis," by Laurie A. Garrow, published in the August/September 2020 issue of *Avionics International*.

7. Attached hereto as **Exhibit 5** is an *AP* article titled "English soccer club Everton to be bought by American investment firm 777 Partners," by James Robson, dated September 15, 2023.

8. Attached hereto as **Exhibit 6** is an email from Jeff Heckelman to Joshua Wander, among others, dated December 1, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_02097656.

9. Attached hereto as **Exhibit 7** is email correspondence between *Semafor* reporter Liz Hoffman and Jeff Heckelman, among others, dated November 29 and 30, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00623619.

10. Attached hereto as **Exhibit 8** is a *Semafor* article titled "Feds probe sports investor 777 over money flows," by Liz Hoffman, dated November 30, 2023.

11. Attached hereto as **Exhibit 9** is a *Semafor* article titled "Wall Street's top cop wants companies to name names," by Liz Hoffman, dated February 26, 2026.

12. Attached hereto as **Exhibit 10** is a subpoena from the U.S. Attorney's Office for the Southern District of New York issued to 777 Partners, dated February 8, 2024.

13. Attached hereto as **Exhibit 11** is a subpoena from the U.S. Attorney's Office for the Southern District of New York issued to 777 Partners, dated June 5, 2024.

14. Attached hereto as **Exhibit 12** is a screenshot of *Semafor* journalist Liz Hoffman's Twitter post from November 30, 2023.

15. Attached hereto as **Exhibit 13** is a *Sun* article titled "£550m Everton takeover could

be OFF as US 'investigates buyers over money laundering allegations,'" by Martin Lipton and Ian Tuckey, dated December 6, 2023.

16. Attached hereto as **Exhibit 14** is a *Daily Mail* article titled "DOJ launches probe into shadowy Miami based sports investing giant 777 Partners amid accusations of money laundering and how it plans to afford $635million bid for UK soccer team Everton," by Jake Nisse, dated December 1, 2023.

17. Attached hereto as **Exhibit 15** is a *Bloomberg* article titled "Everton's US Buyer Leaves Trail of Questions Over Its Finances," by Giles Turner and David Hellier, dated December 6, 2023.

18. Attached hereto as **Exhibit 16** is a *The Times* article titled "777 Partners could cut off Everton support if takeover drags on," by Martyn Ziegler, Matt Lawton, and Paul Joyce, dated December 7, 2023.

19. Attached hereto as **Exhibit 17** is a press release by the U.S. Attorney's Office for the Southern District of New York, titled "United States Attorney Announces Charges Against FTX Founder Samuel Bankman-Fried," dated December 13, 2022.

20. Attached hereto as **Exhibit 18** is a *Semafor* article titled "Jury finds Sam Bankman-Fried guilty of fraud and conspiracy," by J.D. Capelouto, dated November 2, 2023.

21. Attached hereto as **Exhibit 19** is a *Semafor* article titled "Apollo veteran Josh Harris' firm cuts ties with 777 insurance alum as DOJ probe widens," by Liz Hoffman, dated March 12, 2024.

22. Attached hereto as **Exhibit 20** is a *Josimar* article titled "Empire on the run," by Paul Brown and Philippe Auclair, dated November 18, 2024.

23. Attached hereto as **Exhibit 21** is a *Josimar* article titled "The 777 football mystery,"

by Paul Brown and Philippe Auclair, originally dated July 3, 2023.

24. Attached hereto as **Exhibit 22** is a press release by the U.S. Attorney's Office for the Southern District of New York, titled "British Investor And Billionaire Businessman Joseph Lewis Pleads Guilty To Insider Trading Scheme," dated January 24, 2024.

25. Attached hereto as **Exhibit 23** is a *BBC* article titled "Joe Lewis: Tottenham Hotspur-linked billionaire denies US insider trading charges," by Brandon Drenon and Antoinette Radford, dated July 26, 2023.

26. Attached hereto as **Exhibit 24** is a press release by the FBI New York Press Office, titled "Founder and CFO of Investment Firm 777 Partners Charged With $500 Million Fraud Scheme," dated October 16, 2025.

27. Attached hereto as **Exhibit 25** is a press release by the U.S. Securities and Exchange Commission, titled "SEC Charges Co-Founders of 777 Partners, their Companies, and Former CFO with Fraud in $237 Million Preferred Equity Offering," dated November 18, 2025.

28. Attached hereto as **Exhibit 26** is email correspondence from Damien Alfalla to Joshua Wander, among others, dated December 4, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00052415.

29. Attached hereto as **Exhibit 27** is an email sent from Damien Alfalla to Joshua Wander, among others, dated December 5, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00609492.

30. Attached hereto as **Exhibit 28** is email correspondence between Adam Binnie of Carlisle Capital and Joshua Wander, among others, dated November 17 to December 7, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00590569.

31. Attached hereto as **Exhibit 29** is email correspondence between Catheryn Robinson

of Bryant Park Capital and Joshua Wander, among others, dated December 10 to 18, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00582039.

32. Attached hereto as **Exhibit 30** is email correspondence between Jeff Heckelman and Christopher O'Reilly, among others, dated November 29 and 30, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00623389.

33. Attached hereto as **Exhibit 31** is a letter from Joseph D. Lipchitz, on behalf of 777 Partners, to *Semafor* reporter Liz Hoffman, dated November 30, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00029378.

34. Attached hereto as **Exhibit 32** is a slide presentation titled "Everton Football Club" published by Advantage Capital Holdings LLC ("A-CAP") Management, dated August 31, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_02090638.

35. Attached hereto as **Exhibit 33** is an email from David Dein to Joshua Wander, dated December 6, 2023, and produced by the government with Bates stamp beginning USAO_REL_01_00612400.

36. Attached hereto as **Exhibit 34** is an *Athletic* article titled "Everton confirm 777 Partners' takeover falls through," by Patrick Boyland, dated June 14, 2024.

37. Attached hereto as **Exhibit 35** is the amended complaint filed in *Leadenhall Capital Partners LLP et al., v. Josh Wander, et al.*, 24-cv-03453 (SDNY), ECF No. 182, on August 30, 2024.

38. Attached hereto as **Exhibit 36** is the notice of breach sent by Leadenhall Capital Partners to 777 Partners LLC on November 29, 2023, filed as an exhibit in *Leadenhall Capital Partners LLP et al., v. Josh Wander, et al.*, 24-cv-03453 (SDNY), ECF No. 187-5.

39. Attached hereto as **Exhibit 37** is the initial complaint filed in *Leadenhall Capital*

*Partners LLP et al., v. Josh Wander, et al.*, 24-cv-03453 (SDNY), ECF No. 1, on May 3, 2024.

40. Attached hereto as **Exhibit 38** is a *Sportcal* article titled "777 managing partners resign amid financial peril," by Alex Donaldson, dated May 20, 2024.

41. Attached hereto as **Exhibit 39** is a letter from counsel for Mr. Wander to the government, dated February 27, 2026.

42. Attached hereto as **Exhibit 40** is a *New York Times* article titled "'Safety Is a Civil Right': A Q&A With Manhattan's Federal Prosecutor," by Benjamin Weiser, dated April 13, 2023.

43. On February 4, 2026, the government sent a letter to counsel for Mr. Wander containing, among other things, excerpts of notes of interviews conducted by the government. The earliest excerpt from interviews with Damien Alfalla that the government provided were dated May 23, 2024.

Dated: April 7, 2026

*/s/Michael Martinez*

Michael Martinez
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
MMartinez2@gibsondunn.com

*Attorney for Defendant Joshua Wander*