# EXHIBIT 6

Message

**From**: John Jeffery [jjeffery@777part.com]
**Sent**: 12/1/2023 6:52:13 AM
**To**: Josh Wander [jwander@777part.com]; Steve Pasko [spasko@777part.com]; Kenneth King [KKing@acap.com]; Michael Saliba [MSaliba@acap.com]; David Shaw [DShaw@acap.com]; Carson McGuffin [CMcGuffin@acap.com]
**CC**: Rudy Khaitan [rkhaitan@777part.com]; Keith Steele [ksteele@777part.com]
**Subject**: [EXTERNAL] TAMI Update

Dear all,

The Semafor article was very unfortunately timed for us. I want to preface that we have good news, in that we have salvaged the situation as best we could, but last night and this morning was about frantically trying to get a Plan B in place

In short, Scottish Widows and Rothesay are putting a pause on selling us their back books while they conduct an investigation into 777P, specifically that we're not laundering money for Columbian drug lords (I am serious!)

This process will take about 15 working days, and probably more due to the time of year. We're not worried about the outcome, we have been through this with Citi recently. Once we pass, they we automatically close the sale to us, so hopefully in January

Luckily, they still want to buy our listed Notes (as these are ISIN, traded through Citi and they desperately need the paper), and even more luckily, we were able to fund a decent chunk of mortgages thanks to ACAP's pref investment

This means we're able to close a deal, **funding on December 15th**, that will deliver **$37m cash profit to the firm after all fees**. The remaining c. $30m will follow in January, and then more to follow as we close Aviva, USS, L&G etc

I know this is not what we promised, and frankly 777 has overpromised repeatedly in the last few months. We wanted to over-deliver here but we had to adapt and survive. *We will get all the rest done*

Want to shout out Keith Steele who has become mission critical for us in the last week

Chat soon,

JJ, Rudy and Keith