# EXHIBIT 7

**To:** Josh Wander[jwander@777part.com]; Mollie Wander[mwander@777part.com]; Christopher O'Reilly[coreilly@777part.com]; John Jeffery[jjeffery@777part.com]
**Cc:** Neil Daugherty[neil.daugherty@teneo.com]; Matthew Thomlinson[matthew.thomlinson@teneo.com]; Don Dransfield[ddransfield@777part.com]
**From:** Jeff
**Sent:** Thur 11/30/2023 5:14:39 AM
**Subject:** Fwd: Semafor story

See below from the reporter. Hopefully Joe can be available first thing in the morning.

Begin forwarded message:

**From:** Liz Hoffman <lhoffman@semafor.com>
**Date:** Nov 30, 2023 at 12:04 AM
**To:** Jeff <jeff@jeffheckelman.com>
**Subject: Re: Semafor story**

I obviously disagree with your first sentence. The Justice Department doesn't announce its investigations, and unnamed sources — properly vetted by reporters at reputable outlets — are the basis of this kind of story all the time.

Let me know how much time you need and I'll try to accommodate. But either your client has heard from law enforcement or hasn't, and either wants to discuss it or doesn't. We'll note the investigation is formal but at an early stage and may not result in any actions.

Liz

On Wed, Nov 29, 2023 at 11:56 PM Jeff <jeff@jeffheckelman.com> wrote:

> Something this serious should not be reported based on anonymous sources with no documentation. Please let me know exactly when you intend to publish. We've been given at least 24 hours to respond to far less serious accusations by your competitors and other highly reputable publications. Thank you.

On Nov 29, 2023 at 11:47 PM, <Liz Hoffman> wrote:

With the caveats that not all investigations lead to enforcement actions, and it's at an early stage.

On Wed, Nov 29, 2023 at 11:46 PM Liz Hoffman <lhoffman@semafor.com> wrote:

Sorry, should have clarified. Nothing filed, based on my reporting.

On Wed, Nov 29, 2023 at 11:28 PM Jeff <jeff@jeffheckelman.com> wrote:

Hi -- What's this based on? Has something actually been filed/announced?

On Nov 29, 2023 at 10:12 PM, <Liz Hoffman> wrote:

Hi Jeff,
Wanted to let you know about a story we're planning to run tomorrow saying that DOJ, Southern District of NY and Miami offices, have opened an investigation into 777, including whether it has violated anti money laundering laws. If you'd like to comment, please let me know.

Best,
Liz