# EXHIBIT 10

Grand Jury Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:     777 Partners

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the GRAND JURY of the people of the United States for the Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 220, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:     February 26, 2024         Appearance Time:   10:00 a.m.

to testify and give evidence in regard to an alleged violation of :

18 U.S.C. §§ 371, 1343, 1348, 1349; 15 U.S.C. §§ 78j(b) & 778ff; 17 C.F.R. § 240.10b-5

and not to depart the Grand Jury without leave thereof, or of the United States Attorney, and that you bring with you and produce at the above time and place the following:

**Please see the attached rider**.  Personal appearance is not required if the requested records are produced on or before the appearance date to Assistant U.S. Attorney Nicolas Roos at 26 Federal Plaza, 38th Floor, New York, NY 10278, or electronically to nicolas.roos@usdoj.gov.  Ref. No. 2023R01216.

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         February 8, 2024

DAMIAN WILLIAMS
*United States Attorney for the*
*Southern District of New York*

Nicolas Roos
Assistant United States Attorney
26 Federal Plaza
New York, New York 10278
Telephone:    212-637-2421
Email: nicolas.roos@usdoj.gov

rev. 02.01.12

**<u>RIDER</u>**
(Grand Jury Subpoena to 777 Partners, dated February 8, 2024)
Ref. No. 2023R01216

## <u>Instructions</u>

1. This subpoena calls for the production of categories of documents, records, correspondence, and other written and electronic material in the possession, custody, and control of 777 Partners. "777" means all of its U.S. and non-U.S. parents, subsidiaries, divisions, affiliates, predecessors, and successors—including 777 Re Ltd. and 777 Asset Management—as well as officers, directors, partners, limited partners, employees, agents, and independent contractors. This subpoena covers all responsive documents wherever they may be found, including on computers, email accounts, iCloud accounts, WhatsApp accounts, Signal accounts, Telegram accounts, Slack channels, servers, cellphones, and other personal electronic devices, whether in the United States or any foreign jurisdiction.

2. "Documents" refers to any and all documents and records, in whatever form kept, including, but not limited to, writings, emails, text messages, messages sent through "apps" or social media accounts, drawings, graphs, charts, calendar entries, photographs, audio or visual recordings, images, and other data or data compilations, and includes materials on both paper and electronic form.

3. "A-CAP" refers to Advantage Capital Management and all of its U.S. and non-U.S. parents, subsidiaries, divisions, affiliates, predecessors, successors, segments, business divisions, officers, directors, partners, limited partners, employees, and agents, including but not limited to Kenneth King, Daniel Cathcart, and Michael Saliba.

4. This subpoena does not call for the production of any documents protected by a valid claim of privilege, although any responsive document over which privilege is being asserted must be preserved.  Any documents withheld on grounds of privilege must be specifically identified on a privilege log with descriptions sufficient to identify their dates, authors, recipients, and general subject matter.

## <u>Records Request</u>

Please produce the following records by or before the appearance date listed on the subpoena:

1. All agreements between 777 and A-CAP.

2. All documents concerning the receipt, use, investment, or transfer of funds from A-CAP.

3. All documents concerning investments in 777 by outside investors, including but not limited to any prospectuses or offering memorandum, and any due diligence questionnaires provided to prospective or actual investors.

4. A list of bank accounts used by 777.

5. All documents provided to Grant Thornton, and all reports and audit results provided by Grant Thornton to 777.