# EXHIBIT 12

X

← Post

**Liz Hoffman**
@lizrhoffman

Scoop: The Justice Dept is investigating 777's money flows. The guy leading the probe prosecuted SBF, Giuliani associate Lev Parnas, Steve Bannon for the border-wall fraud, and pharma execs for opioid trafficking. Heavy hitter.




From semafor.com

7:40 PM · Nov 30, 2023 · **26.6K** Views

3 · 23 · 32 · 4

**New to X?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Politics · Trending
**No Kings**

Gaming · Trending
**Toby**

Politics · Trending
**Birthright Citizenship**

American actors · Trending
**Jared Leto**

Show more

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ··· © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in Sign up