# EXHIBIT 13

# TOFFEES SHOCK £550m Everton takeover could be OFF as US 'investigates buyers over money laundering allegations'

Before news of the probe, Toffees were confident of a sale by Christmas

Martin Lipton | Ian Tuckey
**Published:** 17:26, 6 Dec 2023 | **Updated:** 18:07, 6 Dec 2023




**A US Department of Justice prosecutor's investigation could kill off the planned £550m Everton takeover by 777 Partners.**

Nicolas Roos, as assistant attorney in the Southern District of New York, is understood to be probing money-laundering allegations against the Miami-based company.

Sign up for the Football newsletter

Email address

Your info will be used in accordance with our **Privacy Policy**



**Everton's buy-out could now be uncertain**Credit: Getty

While 777 Partners have robustly denied all allegations against them, the launch of a formal investigation would allow Premier League chiefs to block the deal on the spot.

Advertisement

New rules, introduced unanimously by the 20 top-flight clubs in March, granted the League "the power to stop" potential club bosses who are "under investigation for conduct that would result in a 'Disqualifying Event' if proven".

Those ‘Disqualifying Events’ now include “violence, corruption, fraud and tax evasion”. It doesn’t augur well.

Farhad Moshiri agreed in September to sell his 94% stake in Everton to 777 Partners.

## READ MORE FOOTBALL NEWS



**PARK STRIFE Iconic Premier League stadium could be ABANDONED as club eye new ground**




**POWER UP Get £40 in free football Bet Builder bets when you stake £10 with Paddy Power**

And the 12-week timeline initially given for that sale is now up.

But before news of the US investigation the Toffees were still confident the deal could be completed by Christmas.

The Prem are currently putting 777 co-owners Josh Wander and Steven Pasko through the Owners and Directors’ Test.

Everton are already reeling from having ten points deducted for a single breach of Prem financial rules.

## MOST READ IN FOOTBALL





**SCOT TO LOVE IT** **Fergie spotted sitting next to old Liverpool foe cheering on Scotland**

**TUCH TO TAKE** **Harry Maguire told to pull out of World Cup by former England manager**



**IT'S NOT OVER** **How Italy could STILL qualify for World Cup 2026 despite being eliminated**



**TOON UP** **Premier League club SELLS 52,000-seater stadium to owners in £172MILLION deal**

That means Sean Dyche's men will enter Thursday's home clash with Newcastle in the relegation zone.

Advertisement

But Dwight McNeil's fine goal last Saturday clinched the Toffees' 1-0 at Nottingham Forest, their first victory since that points penalty.