# EXHIBIT 14

ADVERTISEMENT

# DOJ launches probe into shadowy Miami-based sports investing giant 777 Partners amid accusations of money laundering and how it plans to afford $635million bid for UK soccer team Everton

- **777 previously agreed a deal to purchase Everton from Farhad Moshiri**
- **But there have been concerns about how the company operates**
- **DailyMail.com provides all the latest international sports news**

By JAKE NISSE, US SPORTS WRITER
**PUBLISHED:** 16:30 EDT, 1 December 2023 | **UPDATED:** 16:59 EDT, 1 December 2023

12 shares  16 View comments

**Everton**'s prospective new owners, **777 Partners**, are being investigated for possible money laundering according to a new report.

The Miami-based company, which has a portfolio of clubs including Vasco de Gama and Genoa, agreed a deal to **take over Everton** for $635million (£500million) in September.

However, uncertainty has previously been raised over the source of the company's funding, and it is now the subject of a US Justice Department probe, according to **Semafor**.

Daily Mail

Read More

00:00 02:24

The website states that the Southern District of New York is discussing a joint investigation with Miami law enforcement.

A lawyer representing 777 told Semafor that the company, 'considers these scurrilous and damaging accusations to be deliberately timed to undermine its ongoing commercial activities, including the ongoing period of regulatory approvals for the proposed acquisition of Everton FC.'




**Everton's prospective new owners 777 Partners are reportedly being investigated by the US DOJ (pictured - managing partner of 777, Josh Wander)**




**Farhad Moshiri agreed a deal to sell Everton to the US investment firm back in September**




**The club were recently given a 10-point deduction which sent them to second-bottom in table**

TRENDING



**Tiger Woods' insulting remarks to Vanessa Trump after his DUI arrest**

88.1k viewing now



**Tiger Woods' stubborn reply to Vanessa Trump 'ultimatum' after arrest**

30.6k viewing now



**Ex-college football star dead after quitting game due to depression**

56.3k viewing now

The DOJ investigation is reportedly in its 'early stages' and may not lead to 777 being punished.

777 also owns the British Basketball League's London Lions, as well as 45 percent of the league, though they have been accused of missing payments to the league.

Mail Sport reported in October that 777 transferred $165,000 (£130,000) of a $1.02million (£800,000) payment to the BBL that was due before the end of September.

The firm were then understood to have paid a further $978,000 (£777,000) to the BBL, meaning the American company have invested more than the $8.9million (£7million) they agreed to pay for a 45 percent stake in British basketball in 2021.

Mail Sport **previously revealed** in September that 777 missed a separate $1.1million (£900,000) payment to the BBL earlier this summer, which has since been paid.

777's Vasco de Gama were also late in paying several clubs earlier this year, according to reports out of South America.

The company's deal to purchase Everton is subject to approval by the Premier League , FA and Financial Conduct Authority.