# EXHIBIT 16

# 777 Partners could cut off Everton support if takeover drags on

thetimes.com/sport/football/article/777-partners-could-walk-away-from-everton-deal-if-delays-continue-pbgvw9v0m

Martyn Ziegler, Matt Lawton, Paul Joyce December 7, 2023

FOOTBALL

## Prospective buyers have indicated they are not prepared to continue supporting club with £100m-plus loans unless deal to buy is completed within next seven weeks



Steven Pasko, third from left, and Josh Wander, fourth from left, of 777 Partners, at Goodison Park in September
PA

Martyn Ziegler, Matt Lawton and and Paul Joyce
The Times
The American company which is trying to take over Everton has loaned more than £100 million to the club while seeking approval for the deal.

777 Partners is hoping to receive approval by the Premier League and the Financial Conduct Authority before the end of December, and has indicated it is not prepared to continue supporting Everton with loans beyond January. The costs of running the club are about £20 million a month

more than the regular income.

The loans are unsecured which means that if the takeover fails to go through, 777 Partners would be at the end of the queue when it comes to Everton settling their debts, should the club go into administration.

That is seen as a concern if the Premier League refuses to approve the takeover, given that the club are in a poor financial position and there are no other parties seeking to take it over.

Sources close to 777 admit the size of the unsecured loan is a risk but say it is also a demonstration of good faith and commitment to the club. The New York Times has reported that 777 borrows money from A-Cap, an insurance and investment business, that has provided funding at an interest rate of 20 per cent.

The total takeover sum is likely to be more than £500 million, including taking over debts, but 777's proposal is heavily incentivised around Everton remaining in the Premier League — the points deduction for breaching the league's financial rules will also be taken into account.

777 would look to refinance the estimated £300 million owed by Everton to two companies — Rights & Media Funding and MSP Capital — and to refinance the debt related to the construction of their new stadium at Bramley Moore Dock.

There is still some uncertainty around the takeover because the Premier League wants guarantees of financial commitment. There have been issues around late payments involving 777's other sporting interests. The Times reported last month that late payments from 777 put the British Basketball League (BBL), which it co-owns, at risk of "immediate administration". Vasco da Gama, the Brazilian club owned by 777, was hit with a Fifa transfer ban for late payments.

There were reports last week that the US Department of Justice is investigating 777 but that has been denied by the company.

Meanwhile, the government will want assurances that none of the money from a takeover can end up with Alisher Usmanov, the former business partner of Everton's majority owner, Farhad Moshiri.

Usmanov was sanctioned after Russia's invasion of Ukraine last year. The Guardian reported in September that Moshiri has received more than £400 million from Usmanov's companies and a spokesman for the Uzbek-Russian billionaire told the newspaper: "Mr Moshiri and his companies are indeed indebted to Mr Usmanov and entities affiliated with him. We hope that the debt will be repaid after Mr Moshiri closes the sale of Everton club."

777 sources said no formal links to Usmanov, that would jeopardise a takeover, had been uncovered by its due diligence process. The company has had independent legal advice on the issue and has sought assurances from Everton.

As the owners of regulated US-based insurance businesses, 777 could not have any connection to individuals sanctioned by the US State Department.

Premier League Football Everton

## Related articles




football

### Liverpool mayor hits out at ‘ludicrous’ Everton points penalty

Paul Joyce, Northern Football Correspondent




football | Paul joyce

## Everton docked ten points after unravelling like a gambling addict

Paul Joyce | Martyn Ziegler | Matt Lawton



FOOTBALL

## Everton buyers could pay reduced price if club are deducted points

Martyn Ziegler, Chief Sports Reporter

Promoted Content

Previous Article

Next Article