# EXHIBIT 18

SEMAFOR
Intelligence for the New World Economy

# Jury finds Sam Bankman-Fried guilty of fraud and conspiracy

Updated Nov 2, 2023, 8:00pm EDT

SHARE



REUTERS/Andrew Kelly/File Photo

A jury found FTX founder Sam Bankman-Fried guilty of all fraud and conspiracy charges following a weeks-long trial.

Prosecutors had accused Bankman-Fried of defrauding investors and customers of the cryptocurrency exchange by using their money to fund his crypto-focused hedge fund, Alameda

Research.

Damian Williams, the U.S. attorney for the Southern District of New York, called it "one of the biggest financial frauds in American history."

Bankman-Fried, 31, and his attorneys admitted that he made mistakes in running FTX, but said he did not intentionally defraud investors. But witnesses who took plea deals with prosecutors said Bankman-Fried was well aware he could potentially be illegally funding Alameda.

FTX collapsed about a year ago and filed for bankruptcy following reports about its assets and financial health.

Bankman-Fried — a former Semafor investor — faces a separate trial for allegedly attempting to bribe Chinese officials.

— J.D. Capelouto