# EXHIBIT 20




Features · 18 November, 2024

# Empire on the run

**Was buying football clubs just a way for 777 Partners to hide their true business – money laundering?**

***By Paul Brown and Philippe Auclair***

Criminal subpoenas have been sent to employees of both 777 Partners and A-CAP as part of a money laundering investigation by the US Department of Justice.

The probe, which began months ago, is a joint investigation by the Securities and Exchange Commission (SEC), FBI and Homeland Security, and is being led by Southern District of New York assistant attorney Nicolas Roos – who was one of the lead prosecutors of crypto fraudster Sam Bankman-Fried – and it could have major implications for the football teams which once formed part of one of the biggest multi-club portfolios in the sport.

777 Partners built a footballing empire by buying up stakes in Standard de Liège, Genoa, Hertha Berlin, Vasco da Gama, Red Star Paris, Melbourne Victory and Sevilla but is no longer in control of any of these investments, because A-CAP, it's largest creditor, stepped in to seize them when the Miami-based investment firm began to collapse. That collapse was sparked by a bombshell lawsuit filed by London-based lender Leadenhall Capital, another creditor of 777 Partners, alleging a 600 million dollar fraud in which A-CAP was complicit – something the New York based financial services provider denies.

However, it is the DOJ investigation which is of most concern to stakeholders involved in both companies, and their football clubs. Multiple sources with knowledge of the matter have told Josimar that subpoenas have now been issued summoning multiple parties to court to give evidence, and it is understood that investigators are examining whether money from policyholders of A-CAP's insurance companies has been invested properly.

When questioned about the investigation and the subpoenas, a person familiar with the matter told Josimar that any regulatory authority would be asking questions about what happened at 777 Partners, and that when approached, A-CAP has been highly collaborative with enquiries. The same source stressed that A-CAP has not received any communication that they are the *target* of any investigation.

**Worst-case scenarios**

A-CAP is currently trying to sell off the football investments it has seized from 777 Partners, and instructed investment bank Moelis to handle that process several weeks ago. While Moelis is understood to be having productive conversations with interested parties, and its managing director Paul Mann was recently in Italy for talks regarding Genoa, the fact remains that none of the clubs, or the stakes in the clubs, have to date been sold, and no firm offer for any of them has so far progressed in any meaningful way. Each club is currently on its own timeline for a sale. And things could apparently have been worse. According to a person familiar with the matter, by stepping in following the vacuum left by the collapse of 777 Partners, A-CAP has prevented worst-case scenarios from occurring across the board, and bought time for a resolution to be found. This remains to be seen.

A-CAP, which owns five insurance companies, was badly affected by the demise of 777 Partners and is fighting for its own financial life. It had exposure to the Miami firm of 2.3 billion pounds and was ordered by regulators in Utah and South Carolina to cut that exposure in order to protect policyholders including retirees, widows and orphans who rely on annuities and other products supplied by its insurers. This money is traditionally supposed to be invested in low-risk securities. Both US states have maximum amounts that a company can invest in a single issuer, and the Financial Times reported in April that A-CAP's investment in 777 Partners and its related entities exceeded this cap by over 1 billion pounds at the end of 2023. A-CAP founder, chairman and CEO Kenny King told investors during a webinar in February that a 400 million dollar capital raise was coming. Nine months later, there is no sign of it.

Football, it must be said, remains a very small part of A-CAP's business – less than 5 percent of their assets under management in fact. But the biggest portion of this remains loans worth 200 million pounds the company put into Everton as part of the Premier League club's failed acquisition by 777 Partners. AS Roma owner Dan Friedkin, who now hopes to complete his own takeover of the Merseyside club by the end of the year, has done a deal to repay just 66 million pounds of this in cash, with the rest in preferred equity and warrants, as revealed by Josimar last month. But that transaction is still subject to the whims of a New York judge who granted Leadenhall an injunction against the disposal of assets once belonging to 777 Partners at anything less than fair value. At a court hearing last month, the judge ruled that *this* transaction *was* within the scope of that injunction, but told Leadenhall they would need to raise an objection to it before he would rule on whether or not it constituted an actual *breach* of the injunction. Leadenhall has yet to formally object, but wants to be fully apprised of the terms of the deal before it makes a judgement on whether or not to do so, and a person familiar with the matter told Josimar that A-CAP has still not fully responded to basic information requests around the transaction. It is a messy, complicated situation, and Everton fans will hope that the news of criminal subpoenas being issued does not spook an investor who walked away once already citing issues with this loan. For Friedkin, there remain several remedies. Leadenhall could raise no objection. The court could rule in A-CAP's favour. The case could be thrown out on appeal. Or Friedkin could renegotiate the deal. But right now it remains a sticking point in his takeover, and an issue for A-CAP.

The injunction is also a wider issue for the clubs which were once part of the 777 Partners portfolio, because in theory it prevents their sale without the court's approval. Leadenhall wanted this injunction so that it could require assets like these to be preserved to the extent necessary to repay its debt. And in Leadenhall's opinion, any proceeds from the allowed sale of any of the football assets may need to be preserved to settle that debt.

**Clubs in limbo**

In the meantime, the clubs remain in limbo, with many struggling both on and off the field, controlled by an investor which is trying to get rid of them. Genoa, for instance, have failed to capitalise on a decent 2023-24 season and, far from "challenging for Europe" as its CEO Andrés Blazquez had promised, have only won one game since August and are currently sitting one point above the relegation zone. Officially on sale since 4 October, and despite rumours that various potential acquirers, including the former owner of AS Roma James Pallotta and the Saudi sovereign fund PIF, were interested, no progress has been made in this regard. Genoa remains burdened with the biggest debt-to-revenue ratio in Serie A, and heavy losses are expected to be announced on 30 November, when the latest set of accounts is presented at the club's annual general meeting.

Standard de Liège is in an even more precarious situation, despite A-CAP converting a 25 million euro loan into equity at the beginning of October which, according to club sources, was used to "clean up" some debt and pay a handful of key creditors. The Belgian club's new set of audited accounts will be filed in December, but it is already known that, once again, Standard will register a loss of over 20 million euro for the 2023-24 season, in keeping with what happened over the previous campaigns. An unsustainable payroll of 31 million euro per year – 8 million over the club's turnover – means that Standard has been entirely dependent on A-CAP's handouts for its survival. The financial outlook is so bleak that, according to information received by Josimar, Standard have asked their catering partner to be paid their share of sales of food and drink at the stadium for 2025 in advance. If this was not already enough to discourage a potential buyer (none of whom has put any offer on the table in the six months which have passed since Standard was officially put on sale), the shares of the Immobilière du Standard, which owns the Stade de Sclessin, remain seized by a Belgian court, following a lawsuit by architecture firm Assar, which claims to be owed 3.2 million euro by the club. On the pitch, following a 0-5 mauling at La Gantoise, Standard now sits one point above the relegation play-off zone. Plenty to keep the in-tray of new Standard board member Andy Anson full, as the former commercial director of Manchester United and chief strategist of the failed England 2018 World Cup bid joined the four-man committee on15 November.

Stadium problems are also hampering the sale of Red Star, which, at least for a while, had looked like the easiest asset for 777 Partners, then A-CAP to dispose of. The Texan real estate firm Todd Interests pulled out of a deal for the Parisian club during the summer, and nothing has been heard from a widely-reported possible bid by Atalanta's billionaire US owner Steve Pagliuca since mid-September. Meanwhile, work on the extension of Red Star's council-owned Bauer Stadium has stopped, following a dispute between the building contractors and Réalités, the company tasked with the renovation of the arena. Judging by its

results so far this season, the team that won promotion to the second tier of French football last year will struggle to keep its status: they currently lie last but one of Ligue 2.

In any case, as explained by Josimar, none of the stakes in the football clubs may be sold without authorisation by the court in the Leadenhall case. Josimar was told by a separate source that this had prevented the sale of 777 Partners' minority stake in Sevilla FC until now. The problem is that the longer it takes to sell the clubs, the more money they lose, and the less attractive they become to would-be buyers.

**Lessons learnt?**
The same is true of Canadian "ultra low cost" airline Flair. Like the football assets, Flair has been surviving day-to-day on loans and cash transfers from A-CAP and/or its affiliates for so long that, according to a source familiar with the matter, A-CAP's exposure to the embattled airline is now in excess of 1 *billion* US dollars. Josimar contacted Flair and asked whether it was correct that they had stopped paying their airport fees and maintenance of their planes, but received no reply. Neither did Flair confirm or deny information received by Josimar that they had been bailed out by A-CAP at the 11th hour only a week ago, when they received 5.1 million US dollars, seemingly from Haymarket Insurance Company, to be used for operational purposes. A person familiar with the matter told Josimar that Flair has managed tough times in the Canadian aviation industry better than many, and expects to turn a profit in 2025, but this claim is met with scepticism within the industry.

All is not lost for everyone, however. Hertha BSC always was a special case in 777 Partners' portfolio, because of Germany's 50+1 rule, which guaranteed that its members kept the control of their club even after Lars Windhorst ceded his stake in the club to the Miami fund. These members held a ten-hour meeting on 17 November in Berlin's CityCube conference hall, at which Hertha's newly-elected president Fabian Drescher, with tears in his eyes, swore to the crowd that the follies were over and that Hertha, languishing in the bottom half of 2. Bundesliga, had learnt its lessons and would never – never – associate themselves with the likes of 777 Partners again (*). The Berlin club's problems are not over. Hertha lost 33.3 million euro last season. They have to find the money to repay a 40 million euro bond in 2025. They will do it, somehow, and become a "normal club" again, Drescher promised. Perhaps alone in the collection of clubs which A-CAP find themselves encumbered with (*), despite the craziness of Windhorst and his American friends at 777 Partners, Hertha still has a future. If only the same could be said of others.

(*) *Steve Pasko and Josh Wander remain on the board of the club for the time being. It was suggested to Josimar that this was for "technical reasons". This article will be updated as we receive clarification from Hertha BSC.*

(*) *The cases of Sevilla, mentioned above, Melbourne Victory FC and Vasco Da Gama are different. 777 Partners only had a minority stake in the first two, and lost the control over the Brazilian institution after a Rio judge ruled that 777 Partners' shares should be transferred back to the club – a decision confirmed on appeal, which means that A-CAP, which is now helping Vasco find new investors, is not in a position to sell assets linked to the club.*