# EXHIBIT 25

# Joshua Wander, Steven Pasko, Damien Alfalla, 777 Partners LLC, and 600 Partners LLC

## U.S. SECURITIES AND EXCHANGE COMMISSION

## Litigation Release No. 26419 / November 18, 2025

### Securities and Exchange Commission v. Joshua Wander, Steven Pasko, Damien Alfalla, 777 Partners LLC, and 600 Partners LLC, No. 1:25-cv-08565 (S.D.N.Y. filed Oct. 16, 2025)

### SEC Charges Co-Founders of 777 Partners, their Companies, and Former CFO with Fraud in $237 Million Preferred Equity Offering

On October 16, 2025, the Securities and Exchange Commission charged Joshua Wander, Steven Pasko, and two companies that they founded, co-managed, and controlled—777 Partners LLC and 600 Partners LLC—with defrauding investors while raising approximately $237 million. The Commission also charged Damien Alfalla, the companies' former Chief Financial Officer, for his role in the fraud.

According to the SEC's complaint, between January 2021 and May 2024, Wander, Pasko, and Alfalla misled investors about the companies' financial condition, and fraudulently induced investments in a $237 million preferred equity offering, by falsely representing that the companies were earning, and would continue to earn, substantial positive net income sufficient to pay investors a 10% annual dividend. In fact, as alleged in the complaint, the companies were in a severe and worsening liquidity crisis and had no realistic prospects of earning net income sufficient to pay the dividend.

According to the complaint, Wander and Alfalla misused a credit facility, resulting in a $300 million overdraw that damaged the companies' financial prospects. As alleged, Wander and Alfalla made false and misleading representations to investors about the companies' prospects and ability to pay dividends, while concealing the $300 million overdraw and its causes. The complaint further alleges that Pasko signed all investor subscription agreements, which incorporated false and misleading representations about the companies' financial prospects, even though he knew or should have known of the credit facility overdraw and its negative effects on the companies' financial prospects. As alleged, Wander also misled investors when he represented that the proceeds of the offering would be used for general corporate purposes, when, in fact, Wander caused the companies to divert approximately $33 million of investor funds to Wander and Pasko personally.

The SEC's complaint, filed in the U.S. District Court for the Southern District of New York, charges Wander, 777 Partners, and 600 Partners with violating Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder and Section 17(a) of the Securities Act of 1933. The complaint charges Alfalla with violating Section 10(b) of the Exchange Act and Rule 10b-5 thereunder and Sections 17(a)(1) and 17(a)(3) of the Securities Act. The complaint charges Pasko with violating Sections 17(a)(2) and 17(a)(3) of the Securities Act. The complaint further seeks injunctive relief, disgorgement plus prejudgment interest, and civil penalties.

In parallel actions, the U.S. Attorney's Office for the Southern District of New York announced criminal charges against Wander and Alfalla on the same day as the SEC action.

The SEC's investigation was conducted by Ariel Atlas, Michael S. DiBattista, Nicholas Flath, and Neil Hendelman from the New York Regional Office, as well as James M. Hobbs of the Home Office and Tara R. Kelly of the Division of Enforcement's Complex Financial Instruments Unit. The investigation was supervised by Rebecca Reilly and Thomas P. Smith, Jr. of the New York Regional Office and Armita Cohen and Eric Werner of the Complex Financial Instruments Unit. The SEC's litigation is being conducted by Ben Kuruvilla and Mr. Flath and supervised by Alexander Vasilescu of the New York Regional Office.

The SEC appreciates the assistance of the U.S. Attorney's Office for the Southern District of New York, the FBI, and Homeland Security Investigations.