# EXHIBIT 26

**To:** Damien Alfalla[DAlfalla@777part.com]; Steve Pasko[spasko@777part.com]
**Cc:** Christopher O'Reilly[coreilly@777part.com]
**From:** Josh Wander
**Sent:** Mon 12/4/2023 4:56:05 PM
**Subject:** Re: Department of Justice Inquiry

Of course there is no validity but we are taking accusations seriously nonetheless.

Get Outlook for iOS

---

**From:** Damien Alfalla <DAlfalla@777part.com>
**Sent:** Monday, December 4, 2023 10:46:02 AM
**To:** Josh Wander <jwander@777part.com>; Steve Pasko <spasko@777part.com>
**Cc:** Christopher O'Reilly <coreilly@777part.com>
**Subject:** Department of Justice Inquiry

Good Morning,

I am letting you both know that Jason Williams of Credigy and Collin Conway of C6 called me over the weekend about the Department of Justice (DOJ) article. They asked the same question, which was did you receive a DOJ communication?

I told them I am not aware of DOJ probe and that I am surprised the article mentioned such an accusation. I told them I am happy to send you to two individuals who have more information on the article. They declined to receive the contacts to discuss the article.

Just making you aware of the interaction.

I am a little nervous that the banks like Goldman and others see the article and then kick us out. So if there is any validity here please do let me know so we can communicate to the banks our approach in handling the matter.

Respectfully,

777 PARTNERS

*Damien J. Alfalla*
Chief Financial Officer
777 Partners
(O) 212-765-6703
(M) 914-500-3551
600 Brickell Ave, 19th floor | Miami, FL 33131
777part.com