# EXHIBIT 27

**To:** Josh Wander[jwander@777part.com]; Steve Pasko[spasko@777part.com]
**Cc:** Christopher O'Reilly[coreilly@777part.com]
**From:** Damien Alfalla
**Sent:** Tue 12/5/2023 5:29:48 PM
**Subject:** DOJ Inquiry Update
Department of Justice Inquiry

Gentlemen,

Hudson Cove is texting and asking about the DOJ article.

Is there a response to provide to them and has there been any change in the DOJ status? Or, do you prefer to speak to them on the DOJ topic?

Josh informed me yesterday at 10:48 am that there was no DOJ inquiry. I am not sure anything has changed since yesterday but this is a dynamic company.

Respectfully,

*Damien J. Alfalla*
Chief Financial Officer
777 Partners
(O) 212-765-6703
(M) 914-500-3551
600 Brickell Ave, 19th floor | Miami, FL 33131
777part.com