# EXHIBIT 28

**To:** Josh Wander[jwander@777part.com]; Don Dransfield[ddransfield@777part.com]
**Cc:** Fausto Zanetton[fausto.zanetton@tifosy.com]
**From:** Tommy Aylmer
**Sent:** Thur 12/7/2023 8:28:26 PM
**Subject:** FW: Intro Josh Wander (777)

FYI – Disappointing email.

We should discuss how we go back.

Tommy

**Tommy Aylmer | Managing Director**
Tifosy Capital & Advisory
24 St. James's Square, London SW1Y4JH

(M) +44 (0)7387810087
tommy.aylmer@tifosy.com | www.tifosy.com

Tifosy Limited is authorised and regulated by the Financial Conduct Authority (Ref: 717605)

---

**From:** Adam Binnie <Adam@carcap1.com>
**Date:** Thursday, 7 December 2023 at 20:17
**To:** Maxime Budin <maxime.budin@tifosy.com>
**Cc:** Tifosy | Project Echo <project-echo@tifosy.com>, Colin Binnie <Colin@carcap1.com>, Scott Donnelly <scottd@carcap1.com>
**Subject:** Re: Intro Josh Wander (777)

Hi Maxime,

I hope this email finds you well.

We had an investment committee meeting after meeting Josh and it was very positive about continuing the relationship with a possible investment in the coming months.

Since then, there has been some very disturbing news that has riled our investment committee. The news of the DOJ in the U.S. investigating 777 for money laundering has given us great pause. We do not wish to be associated with crimes that are being alleged. Now we are in the media business so we understand how these stories can get blown out of proportion. However, our companies reputation is one we value greatly and we would like to avoid getting mixed up in these fresh allegations.

If we are completely misreading the tea leaves I am happy to get on a call with Fausto and yourself to discuss the issue at hand.

Please advise on the best path forward.

Sincerely,

Adam S Binnie
O. 603. 431. 0000
C. 603. 502. 1131

Carlisle Capital
126 Daniel St. Suite 200
Portsmouth, NH 03801

CARLISLE CAPITAL

---

**From:** Maxime Budin <maxime.budin@tifosy.com>
**Date:** Tuesday, December 5, 2023 at 11:22 AM
**To:** Adam Binnie <Adam@carcap1.com>
**Cc:** Tifosy | Project Echo <project-echo@tifosy.com>, Colin Binnie <Colin@carcap1.com>, Scott Donnelly <scottd@carcap1.com>
**Subject:** RE: Intro Josh Wander (777)

Hi Adam, hope this mail finds you well.

Simply wanted to follow-up with you on Project Echo. Let us know if it would make sense to organise a catch-up with us to go through the latest and any questions you might have following your meeting with Josh.

Best regards,
*Maxime*

---

**From:** Adam Binnie <Adam@carcap1.com>
**Sent:** Friday, November 17, 2023 10:34 PM
**To:** Fausto Zanetton <fausto.zanetton@tifosy.com>; Colin Binnie <Colin@carcap1.com>; Scott Donnelly <scottd@carcap1.com>
**Cc:** Josh Wander <jwander@777part.com>; Don Dransfield <ddransfield@777part.com>; Daniel Faermark <dfaermark@777part.com>; Tifosy | Project Echo <project-echo@tifosy.com>
**Subject:** Re: Intro Josh Wander (777)

Fausto,

Thank you for the introduction. I also want to thank Dan and Don for their time today.

Josh, it is a pleasure to meet you via email. If you have time to meet in Boston I will clear my schedule to accommodate a time that works best for you. Please let me know if any times work for you.

Sincerely,

Adam S Binnie
O. 603. 431. 0000
C. 603. 502. 1131

Carlisle Capital
1 Union St.
Boston, MA 02108

CARLISLE CAPITAL

---

**From:** Fausto Zanetton <fausto.zanetton@tifosy.com>
**Date:** Friday, November 17, 2023 at 1:49 PM
**To:** Adam Binnie <Adam@carcap1.com>, Colin Binnie <Colin@carcap1.com>, Scott Donnelly <scottd@carcap1.com>
**Cc:** Josh Wander <jwander@777part.com>, Don Dransfield <ddransfield@777part.com>, Daniel Faermark <dfaermark@777part.com>, Tifosy | Project Echo <project-echo@tifosy.com>
**Subject:** Intro Josh Wander (777)

Dear Carlisle team,

Was good to reconnect this afternoon and introduce you to Don / Dan.

As discussed, Josh Wander (Founder 777 Group) will be in Boston next week. He would be very happy to meet you.
Leave it to you to coordinate.

Best regards,

FZ

**Fausto Zanetton, Founder & CEO**
Tifosy Capital & Advisory
24 St James's Square, SW1Y 4JH
London, United Kingdom
(M) +44 (0)7899 985 840
fausto.zanetton@tifosy.com | www.tifosy.com

*Tifosy Ltd is authorised and regulated by the Financial*

*Conduct Authority (Reference Number: 717605)*