# EXHIBIT 29

**To:** Josh Wander[jwander@777part.com]; Christopher O'Reilly[coreilly@777part.com]
**From:** Aaron Levy
**Sent:** Mon 12/18/2023 3:57:42 PM
**Subject:** FW: Bryant Parak Capital Proposal

Josh / Chris,
See below. We are looking to engage Bryant Park Capital to help pursue a securitization of the medliens / presets. They would like to have a discussion regarding the DOJ article. How should we proceed on this?

Best,
Aaron


777 PARTNERS

**Aaron Levy**
Managing Director
(o) 305-921-2875
(m) 561-246-1080
600 Brickell Ave, 19th Floor | Miami, FL 33131
777part.com


---

**From:** Catheryn Robinson <crobinson@bryantparkcapital.com>
**Sent:** Thursday, December 14, 2023 10:32 AM
**To:** Aaron Levy <alevy@777part.com>
**Cc:** Joel Magerman <jmagerman@bryantparkcapital.com>; Christopher O'Reilly <coreilly@777part.com>; Josh Wander <jwander@777part.com>
**Subject:** RE: Bryant Parak Capital Proposal

Sounds great. Please let me know some availability on your end or anyone I should reach out to coordinate. Sharing some availability on our end:

Monday, Dec 18: after 1:00pm EST
Tuesday, 9:00am, 11:00am, 3:00pm
Wednesday, 9:00am, 12:00pm-3:00pm
Thursday: after 1:00pm

---

**From:** Aaron Levy <alevy@777part.com>
**Sent:** Thursday, December 14, 2023 10:00 AM
**To:** Catheryn Robinson <crobinson@bryantparkcapital.com>
**Cc:** Joel Magerman <jmagerman@bryantparkcapital.com>; Christopher O'Reilly <coreilly@777part.com>; Josh Wander <jwander@777part.com>
**Subject:** RE: Bryant Parak Capital Proposal

Happy to set up a call on this point. Would like to have my in house legal involved as well as Josh.
Best,

Aaron

**Aaron Levy**
Managing Director
(o) 305-921-2875
(m) 561-246-1080
600 Brickell Ave, 19th Floor | Miami, FL 33131
777part.com

**From:** Catheryn Robinson <crobinson@bryantparkcapital.com>
**Sent:** Thursday, December 14, 2023 9:16 AM
**To:** Aaron Levy <alevy@777part.com>
**Cc:** Joel Magerman <jmagerman@bryantparkcapital.com>
**Subject:** RE: Bryant Parak Capital Proposal

Aaron, Joel has spoken with Performance Trust and they're working on the numbers but it takes a little time.

Separately, as I mentioned in my proposal email, in doing some general research we found several articles that were less than positive regarding 777 including a DOJ investigation (link below). Can you give us some color on this? Please let me know if it's easier to jump on a call.

https://finance.yahoo.com/news/feds-probe-sports-investor-777-192706325.html

**From:** Aaron Levy <alevy@777part.com>
**Sent:** Wednesday, December 13, 2023 8:49 PM
**To:** Catheryn Robinson <crobinson@bryantparkcapital.com>
**Cc:** Joel Magerman <jmagerman@bryantparkcapital.com>
**Subject:** RE: Bryant Parak Capital Proposal

Catheryn,

Have you heard any preliminary feedback from Performance Trust? Separately, Josh and Steve have extended their trip to London so it is likely I cannot provide concrete feedback on your below proposal until early next week.
That said, we do believe you are the right party to help us pursue this so the negotiation will be specifically around fees.

Best,
Aaron

777 PARTNERS

**Aaron Levy**
Managing Director
(o) 305-921-2875
(m) 561-246-1080
600 Brickell Ave, 19th Floor | Miami, FL 33131
777part.com

---

**From:** Catheryn Robinson <crobinson@bryantparkcapital.com>
**Sent:** Sunday, December 10, 2023 9:06 AM
**To:** Aaron Levy <alevy@777part.com>
**Cc:** Joel Magerman <jmagerman@bryantparkcapital.com>
**Subject:** Bryant Parak Capital Proposal

Aaron-

I hope you're having a great weekend. Thank you for the potential opportunity to assist 777 Partners and portfolio companies ("Company") with strategic growth capital needs. We discussed internally and after reviewing your list of internal outreach counterparties, we believe Bryant Park Capital ("BPC") can meaningfully expand on the list. As promised, I would like to share our initial proposal for your feedback, and it is subject to understanding the implications of recent development of DOJ investigations and existing Midcap term sheet. Please let me know your availability to discuss at your earliest convenience so we may align our strategy and address any questions you may have to move forward.

**Scope of Services**

BPC contemplates our services and mandates as follows:

- Securitization in partnership with Performance Trust (we shared initial data for their analysis)
- Up to $150M credit facility ($100M plus $50M accordion)

In executing on this assignment, BPC's services are expected to include, but are not limited to:

- Formulation of Target lists excluding counterparties you've been in touch
- Assistance in developing materials that can be shared with counterparties
- Assist with pulling together the due diligence materials generally required for financings of this nature, including understanding corporate structure, operational cash flows, track record, originations, underwriting process, etc.
- Creating and managing a data room
- Development of marketing strategy and company positioning
- Executing on a calling effort, including soliciting formal indications of interest through letters of intent
- Coordination and support of counterparties' due diligence requests
- Preparation and assistance with management meetings
- Negotiation of transaction documentation
- Other activities as reasonably agreed upon

**BPC Fee Structure**

- [$15,000] monthly retainer
- Minimum [6-month] engagement
- [1.75]% of committed capital for senior debt raise
- [2.25]% of committed capital for Unitranche
- [3.00]% of committed capital for Junior/Mezzanine
- [50]% of agreed Fee in the event Company decides not to pursue BPC Target's proposed transaction(s) in favor of MidCap or other counterparties in discussions
- Minimum Fee of $750,000

I would work with a VP and an analyst on the transaction, and if needed, with other designated resources. If this remains of interest, we will provide you a formal engagement letter that would include our agreed upon fees and other terms and conditions, including indemnification, representation and warranties, expense reimbursement and other standard provisions.

We look forward to the opportunity to work with you and developing our relationship.

Regards,
Catheryn

Catheryn Robinson
Managing Director
Bryant Park Capital
Direct: 212.798.8208
Main: 212.798.8200
Mobile: 914.261.3379
Philadelphia, PA | New York, NY

BRYANT PARK CAPITAL

**BRYANT PARK CAPITAL** is an investment bank providing M&A, corporate finance advisory, strategic advisory and merchant banking services to emerging growth and middle market private and public companies.

The information contained in this e-mail message is intended for the confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us at (484) 586-8200. SEC regulations require that all communications, including e-mails, be stored and made available to regulators if requested. All electronic communications are subject to review for compliance purposes. This is neither an offer nor a solicitation of an offer to buy or sell securities. Securities are offered through Bryant Park Capital Securities, Inc., a licensed broker-dealer and FINRA and SIPC member firm. Please visit www.bryantparkcapital.com