# EXHIBIT 30

**To:** Jeff Heckelman[jeff@jeffheckelman.com]; Mollie Wander[mwander@777part.com]
**Cc:** Josh Wander[jwander@777part.com]; John Jeffery[jjeffery@777part.com]; Neil Daugherty[neil.daugherty@teneo.com]; Matthew Thomlinson[matthew.thomlinson@teneo.com]; Don Dransfield[ddransfield@777part.com]
**From:** Christopher O'Reilly
**Sent:** Thur 11/30/2023 4:38:46 AM
**Subject:** RE: Semafor story

That is concerning. She wrote about the AM Best downgrade, if I am remembering correctly.

But everything Mollie said is accurate. Any "investigation," if real, would be through a grand jury, which is highly confidential. This is absurd.

Agree with a strong response and questioning "sources." Of all the crap we have been dealing with, this is actionable.

**Christopher J. O'Reilly**
General Counsel
777 Partners
(W) 305-921-2874
(M) 917-841-5801
600 Brickell Ave, 19th floor | Miami, FL 33131
777part.com

---

**From:** Jeff <jeff@jeffheckelman.com>
**Sent:** Wednesday, November 29, 2023 11:27 PM
**To:** Mollie Wander <mwander@777part.com>
**Cc:** Josh Wander <jwander@777part.com>; John Jeffery <jjeffery@777part.com>; Christopher O'Reilly <coreilly@777part.com>; Neil Daugherty <neil.daugherty@teneo.com>; Matthew Thomlinson <matthew.thomlinson@teneo.com>; Don Dransfield <ddransfield@777part.com>
**Subject:** Re: Semafor story

They are global but I believe based in the US. This particular reporter is based in NYC and is a former Wall Street Journal reporter who has covered business extensively.

On Nov 29, 2023 at 11:13 PM, <Mollie Wander> wrote:

This is ridiculous for a lot of reasons, not the least of which is that if the DOJ opened an investigation, they certainly would not tell us, nor would they tell a reporter. I think you make a strong statement back, questioning their sources and giving a warning about printing something like this.

Is this a US based publication?

Adding @Christopher O'Reilly.

**From:** Jeff <jeff@jeffheckelman.com>
**Sent:** Wednesday, November 29, 2023 10:15 PM
**To:** Josh Wander <jwander@777part.com>; Mollie Wander <mwander@777part.com>; John Jeffery <jjeffery@777part.com>
**Cc:** Neil Daugherty <neil.daugherty@teneo.com>; Matthew Thomlinson <matthew.thomlinson@teneo.com>; Don Dransfield <ddransfield@777part.com>
**Subject:** Fwd: Semafor story

Is this true?

Begin forwarded message:

**From:** Liz Hoffman <lhoffman@semafor.com>
**Date:** Nov 29, 2023 at 10:12 PM
**To:** Jeff <jeff@jeffheckelman.com>
**Subject: Semafor story**

Hi Jeff,
Wanted to let you know about a story we're planning to run tomorrow saying that DOJ, Southern District of NY and Miami offices, have opened an investigation into 777, including whether it has violated anti money laundering laws. If you'd like to comment, please let me know.

Best,
Liz