# EXHIBIT 32

A-CAP
MANAGEMENT

# Everton Football Club

8/31/2023




Confidential Use Only

# Investment Overview

# Investment Overview

## Everton Overview

- Everton was founded in 1878, in Liverpool, and has continued to be an integral part of English football since its formation, competing in the topflight for a record 120 seasons
- Everton was a founding member of the Premier League in 1992
- After being regulars in the lower half of the league table from 1992-2004, the team had a mini-resurgence under manager David Moyes, who led the club to a fourth-place league finish in 2005 and the FA Cup final in 2009
- The current manager is Sean Dyche, who had previously managed Burnley and Watford. Notable members of the current squad include: Jordan Pickford (England's Goalkeeper), Amadou Onana (Belgian Midfielder, signed for €40m), Alex Iwobi (Nigerian Midfielder, signed for €30m) and Dele Alli (English Midfielder)
- Everton is majority owned by Blue Heaven Holdings Ltd ("BHH"), a holding company whose ultimate beneficial owner is British-Iranian businessman Mr. Farhad Moshiri
- Minority interests are also held by the Club's long standing chairman Bill Kenwright CBE and c.2,100 individuals consisting primarily of supporters
- Since taking control of the Club in 2016, Mr. Moshiri is estimated to have invested c. £700m with the funds being used for Club operations/players and the part development of an expansive new stadium at Bramley-Moore Dock (total estimated cost of c.£758m)

## Situation Overview

- 777 is seeking to enter purchase agreement with Blue Haven Holdings to acquire Everton, while negotiations are ongoing Everton has £20-40mm of working capital requirements;
  - Capital will initially be used to bolster the Everton roster via activity in the transfer market;
- To support 777's bid ACAP is evaluating entering the current Senior Lending Facility in a last out position:
  - Lender is Rights and Media Funding ("RMF");
- ACAP's support of the Everton acquisition will materially increase the 777FG's portfolios value:
  - The addition of Everton will also increase execution certainty of the 777FG capital raise currently being led by Tifosy Capital & Advisory
- As consideration for the investment ACAP will receive a 2.5% warrant in 777FG (5% aggregate warrant):
  - ACAP will also receive documentation that 777 will sell a minority interest in 777FG to repay a portion of ACAP's loan at 777 holdings;



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019270

USAO_REL_01_02090640

# Investment Overview

## Key Terms

| Terms | |
|---|---|
| Issuer | Everton Football Club Company Limited "ClubCo" |
| Size | £40 million |
| Term | 3 years, 6/2026 |
| Coupon | 12.75% due at maturity, non-compounding |
| Rating | Collateral Loan |
| Use of Proceeds | Working Capital and Player Transfer fees |
| Domicile | UK, but expected to utilize a Delaware Blocker (ERMF 2023 LLC) |
| Collateral | Secured by All asset debenture over Everton Football Club Company Ltd |
| Form | Last Out sub-participation of RMF Facility |

## Capitalization Structure at ClubCo

| Terms | |
|---|---|
| £mms | Lender – Tranche |
| 150.0 | RMF - Tranche A |
| 11.3 | Metro Bank – Pari to Tranche A |
| 60.3 | RMF – Tranche B |
| 28.0 | RMF – Tranche C |
| 40.0 | ACAP- Tranche D |
| 289.6 | Total |

Priority of Payments

## Closing Enterprise Value and LTV

| | | | |
|---|---|---|---|
| Revenue | 234.0 | 234.0 | 234.0 |
| Multiple | 3.0x | 3.5x | 4.0x |
| EV | 702.0 | 819.0 | 936.0 |
| Debt | 289.6 | 289.6 | 289.6 |
| **ClubCo LTV** | **41.3%** | **35.4%** | **30.9%** |
| Net StadCo Construction Value | 411.0 | 411.0 | 411.0 |
| **Combined LTV** | **26.0%** | **23.5%** | **21.5%** |

# Investment Overview

## Current Capital Structure




The transaction involves the acquisition of the shares of Blue Heaven Holdings Limited and the refinancing debt provided by MSP. The perimeter then includes:

- **A** The principal trading entity of the group, engaging in all business relating to the football club (including holding commercial and player contracts). This includes the Club's first team and academy
- **B** A subsidiary which holds the assets of the current stadium, Goodison Park
- **C** The corporate structure for Everton Stadium, with Everton Stadium Development Company Ltd engaging in all business relating to the new stadium
- **D** Non-trading entity used as a financing vehicle for group activities in the past
- **E** The trading entity for Everton Women's football team who participate in the Women's Super League

# Investment Overview

## Proposed Everton Capitalization Diagram

**"ClubCo"**
Everton Football Club Company Limited

| Priority of Payments | |
|---|---|
| £mm | Party |
| 11 | Metro Bank |
| 238 | RMF |
| ① 40 | ACAP |

| Collateral |
|---|
| ClubCo all asset debenture including subsidiary equity (StadCo, Goodison Park, etc.) |
| ② StadCo Ticketing Revenue |

**"StadCo"**
Everton Stadium Development Holding Company Limited

| Priority of Payments | |
|---|---|
| £mm | Party |
| ③ 137 | MSP |
| 411 | Equity |

④

| Priority of Payments | |
|---|---|
| £mm | Lender |
| 211 | JP Morgan |
| 548 | Equity |

① ACAP Invests 40mm at ClubCo in last out position.

② RMF releases Stadium Ticketing Revenue lien for 60mm of amortization and 777 GTY of RMF facility.

③ MSP 137mm is repaid and converted into equity by 777. (Repayment of MSP contingent on outside capital raise)

④ With release of Stadium Ticketing Revenue [J.P. Morgan] finances remaining 211mm of Stadium costs.

# Investment Thesis



Confidential – Grand Jury Materials Subject to
Fed. R. Crim. P. 6

# Investment Thesis

## Investment Thesis

- **Supporting precedent transaction trade at 3.4x Revenue, implying EV of ~800mm and LTV of <35% at ClubCo**
- **Everton acquisition allows 777FG to raise capital around Multi Club Organization ("MCO") Strategy and sell equity creating liquidity at 777 Holdings level**
- **Significant Enterprise Value/Collateral Value can be unlocked via StadCo once completed**
- **Supportive Risk & Mitigants analysis**
- **Affirmative channel checks**

# Investment Thesis

## Supporting precedent transaction trade at 3.4x Revenue

### Precedent Football Transactions

3.4x²

■ EV<€500m

| Date | Team | Multiple | EV (LCm) | LTM Rev. (LCm)¹ | Stake (%) | Buyer |
|---|---|---|---|---|---|---|
| Jan-23 | Coventry City FC | 3.9x | £71 | £12 | 85% | Doug King |
| Dec-22 | AFC Bournemouth | 2.2x | £120 | £72 | 100% | Black Knight Football (Bill Foley/Cannae) |
| Dec-22 | Olympique Lyonnais | 4.1x | €875 | €214 | 80% | Eagle Football Club (John Textor) |
| Oct-22 | Brøndby IF | 2.0x | €78 | €39 | 51% | Global Football Holdings |
| May-22 | AC Milan | 4.5x | €1,200 | €232 | 100% | RedBird Capital |
| May-22 | Chelsea FC | 5.2x | £2,500 | £438 | 100% | Todd Boehly |
| Feb-22 | Atalanta BC | 3.3x | €500 | €153 | 55% | Stephen Pagliuca |
| Jan-22 | Southampton FC | 2.0x | £250 | £127 | 80% | Dragan Solak |
| Oct-21 | Newcastle United FC | 1.7x | £300 | £176 | 100% | Saudi PIF |
| Sep-21 | Genoa CFC | 2.6x | €150 | €57 | 100% | 777 Partners |
| Feb-21 | Spezia Calcio | 1.7x | €20 | €12 | 90% | Platek family |
| Jan-21 | AS Nancy | 1.0x | €12 | €12 | 100% | Chien Lee + Pacific Media Group |
| Dec-20 | FC Burnley | 1.5x | £200 | £138 | 84% | ALK Capital |
| Sep-20 | Parma Calcio 1913 | 1.8x | €100 | €57 | 90% | Krause Group |
| Aug-20 | AS Roma | 2.6x | €591 | €231 | 87% | Friedkin Group |
| Jul-20 | Toulouse FC | 1.6x | €40 | €25 | 85% | RedBird Capital |
| Jul-20 | ESTAC Troyes | 0.7x | €10 | €14 | 100% | City Football Group |
| Aug-19 | OGC Nice | 2.4x | €133 | €54 | 100% | Jim Ratcliffe |
| Jun-19 | ACF Fiorentina | 1.9x | €165 | €87 | 100% | Rocco Commisso |
| Mar-19 | Clermont Foot 63 | 0.2x | €2 | €8 | 100% | Ahmet Schaefer |
| Oct-18 | FCG Bordeaux | 1.4x | €100 | €71 | 100% | King Street Capital / GACP |
| Sep-18 | Real Valladolid CF | 1.3x | €61 | €49 | 51% | Ronaldo Nazario |
| Dec-17 | Barnsley FC | 4.0x | £20 | £5 | 80% | Chien Lee + Pacific Media Group |
| Aug-17 | Southampton FC | 2.5x | €306 | €124 | 80% | Jisheng Gao |
| May-17 | FC Nottingham Forest | 2.8x | £50 | £18 | 100% | Evangelos Marinakis |
| May-17 | Leeds United FC | 2.0x | £60 | £30 | 50% | Andrea Radrizzani |
| Apr-17 | AC Milan | 3.4x | €740 | €215 | 100% | Yonghong Li |
| Jan-17 | OSC Lille | 1.5x | €84 | €57 | 95% | Gerard Lopez |
| Jan-17 | Leeds United FC | 4.0x | £100 | £25 | 50% | Andrea Radrizzani |
| Dec-16 | Olympique Lyonnais | 3.1x | €500 | €160 | 20% | IDG |
| Oct-16 | Olympique de Marseille | 1.8x | €204 | €111 | 100% | Frank McCourt |
| Sep-16 | AJ Auxerre | 1.6x | €13 | €8 | 60% | James Zhou |
| Aug-16 | West Bromwich Albion FC | 1.9x | £170 | £88 | 88% | Lai Guochuan |
| Jul-16 | Wolverhampton Wanderers FC | 1.7x | £45 | £26 | 100% | Fosun Group |
| Jun-16 | Swansea City AFC | 2.1x | £183 | £89 | 60% | US consortium |
| Jun-16 | FC Internazionale Milano | 3.2x | €653 | €202 | 69% | Suning Group |
| May-16 | RC Lens | 1.5x | €25 | €17 | 100% | Oughourlian & At Madrid |
| Dec-15 | Crystal Palace FC | 1.8x | £174 | £96 | 52% | Harris & Blitzer |
| Jun-15 | Le Havre FC | 0.6x | €7 | €12 | 90% | Vincent Volpe |
| May-14 | Valencia CF | 4.6x | €503 | €110 | 70% | Peter Lim |
| Apr-14 | Nimes Olympique | 0.8x | €6 | €8 | 100% | Rani Assaf |

**Confidential Use Only**

A-CAP



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

# Investment Thesis

## Supporting precedent transaction trade at 3.4x Revenue

### European Tier 1 Football Club Main Precedent Transactions

Large European football clubs vs. US sports franchises - LTM EV/Revenue multiples excluding player trading




| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **EV (LCm)** | €503 | €653 | €740 | €591 | €500 | £2,500 | €1,300 | $6bn |
| **LTM revenues (LCm)** | €110 | €202 | €215 | €231 | €153[2] | £438 | €232 | $740m |
| **Stake acquired (%)** | 70% | 69% | 100% | 87% | 55% | 100% | TBD | TBD (minority stake) |
| **Buyer** | Peter Lim | Suning Group | Yonghong Li | Friedkin Group | Stephen Pagliuca | Todd Boehly | RedBird Capital | TBD |
| **Transaction date** | May-14 | Jun-16 | Apr-17 | Aug-20 | Feb-22 | May-22 | May-22 | TBD |




| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **EV (LCm)** | $2.2bn | $2.2bn | $2.3bn | $3.3bn | $2.4bn | $4.7bn | $4.0bn | $6.1bn |
| **LTM revenues (LCm)** | $144 | $244 | $418 | $304 | $235 | $526 | $302 | $544 |
| **Stake acquired (%)** | 100% | 100% | 100% | 51%[3] | 95% | 100% | 57% | 100% |
| **Buyer** | Steve Ballmer | Tilman Fertitta | David Tepper | Joseph Tsai | Steve Cohen | Walton-Penner family | Matt Ishbia | Consortium led by Josh Harris |
| **Transaction date** | May-14 | Sep-17 | May-18 | Nov-19 | Oct-20 | Jun-22 | Dec-22 | Apr-23 |

# Investment Thesis

## Everton acquisition allows 777FG to raise capital around MCO Strategy

### Capital Raise Key Points

- **Everton within 777FG justifies higher overall Enterprise Value for all clubs, estimated at 3.2-3.7x revenue for group level;**
  - **The MCO strategy is expected to allow 777FG realize a revenue multiple arbitrage across the portfolio;**
- **With the increased Enterprise Value and portfolio diversification there is greater certainty of execution on a debt raise as well as an equity raise;**
- **Addition of Everton creates market opportunity where 777FG can sell equity to create liquidity at 777 Holdings level.**

### Proposed Capital Raise Findings (See slides 12-15)

777FG Enterprise Value range increase from €815-1,044mm to €1,634-1,926mm with Everton acquisition

Everton acquisition increases 777FG debt capacity to €350-550mm from €300-450mm (ex-Everton) given increased LTV buffer

777FG Net Equity range increase from €595– 824mm to €891-1,183mm with Everton acquisition

Everton acquisition increases the multiple of all clubs within the 777FG portfolio (3.2-3.7x vs 2.8-3.6x Revenue)

In proposed cases, 777FG will refinance most holding company and club level debt into a single facility

777FG is expected to have €240-300mm of working capital need to reach stabilization across all clubs

777FG will need to sell equity between 30-50% to cover financing needs in most cases presented

# Investment Thesis

## Everton acquisition allows 777FG to raise capital around MCO Strategy

### Sum-Of-The-Parts Valuation (Proportionate Method) – Pro Forma For Everton Acquisition (Including Stadium)

| (€m) | Genoa | Standard Liege | Red Star | Hertha | Vasco da Gama | Melbourne Victory | Sevilla | Everton | Total Group |
|---|---|---|---|---|---|---|---|---|---|
| Division 2023/24 season | 1st | 1st | 3rd | 2nd | 1st | 1st | 1st | 1st | |
| League rank 2023/24 season | 16th | 4th | 2nd | 2nd | 16th | 8th | n.a. | 12th | |
| **23/24E Revenues incl. PT** | **81.8** | **48.0** | **4.0** | **85.6** | **75.4** | **14.1** | **250.0** | **234.4** | |
| (x) Revenue Multiple (Min) | 2.25x | 2.25x | 2.50x | 3.50x | 3.00x | 3.00x | 3.00x | 3.71x | |
| (x) Revenue Multiple (Max) | 2.75x | 2.75x | 3.50x | 4.50x | 4.00x | 4.00x | 4.00x | 4.00x | |
| **Enterprise Value (Min)** | **184.1** | **108.1** | **10.0** | **299.6** | **226.2** | **42.4** | **750.0** | **869.9** | |
| **Enterprise Value (Max)** | **225.1** | **132.1** | **14.0** | **385.2** | **301.7** | **56.6** | **1,000.0** | **937.5** | |
| Financial Debt (Jun-23E) | 178.4 | 15.9 | 0.9 | 49.7 | 49.4 | 1.0 | 97.2 | 201.2 | |
| Cash (Jun-23E) | (1.2) | (0.4) | (0.5) | 15.3 | (1.4) | (3.8) | (16.6) | (104.9) | |
| **Net Debt** | **177.2** | **15.6** | **0.5** | **65.0** | **48.0** | **(2.8)** | **80.6** | **96.3** | |
| Net debt adjustments | (68.9) | - | - | - | - | - | - | 460.0 | |
| **Adjusted net debt** | **108.4** | **15.6** | **0.5** | **65.0** | **48.0** | **(2.8)** | **80.6** | **556.3** | |
| **Equity Value (Min)** | **75.8** | **92.5** | **9.5** | **234.7** | **178.2** | **45.2** | **669.4** | **313.7** | |
| **Equity Value (Max)** | **116.7** | **116.5** | **13.5** | **320.3** | **253.6** | **59.4** | **919.4** | **381.2** | |
| 777 Stake | 99.9% | 100.0% | 100.0% | 78.8% | 70.0% | 20.0% | 14.7% | 94.1% | |
| **Prop. Enterprise Value (Min)** | **183.9** | **108.1** | **10.0** | **236.1** | **158.4** | **8.5** | **110.3** | **818.6** | **1,633.8** |
| **Prop. Enterprise Value (Max)** | **224.8** | **132.1** | **14.0** | **303.6** | **211.2** | **11.3** | **147.0** | **882.2** | **1,926.1** |
| Prop. Adjusted net debt | 108.2 | 15.6 | 0.5 | 51.2 | 33.6 | (0.6) | 11.9 | 523.5 | 743.0 |
| **Prop. Equity Value (Min)** | **75.7** | **92.5** | **9.5** | **184.9** | **124.8** | **9.0** | **98.4** | **295.2** | **890.8** |
| **Prop. Equity Value (Max)** | **116.6** | **116.5** | **13.5** | **252.4** | **177.6** | **11.9** | **135.1** | **358.8** | **1,183.1** |
| Prop. 2023/24E Revenues (incl. PT) | 81.8 | 48.0 | 4.0 | 67.5 | 52.8 | 2.8 | 36.8 | 220.6 | €514.2 |

# Investment Thesis

## Everton acquisition allows 777FG to raise capital around MCO Strategy

### S&U and Capital Structure – Pro-Forma For Everton Acquisition (Including Stadium)

**Minimum range**

| Cash Sources | €m | Cash Uses | €m |
|---|---|---|---|
| New HoldCo financing | 350.0 | Cash to Balance Sheet[1] | 300.0 |
| New Equity / bridge | 546.1 | Everton acquisition - 777 Refinancing | 367.3 |
| | | Nutmeg - Refinancing | 198.8 |
| | | Est. Fees & Expenses | 30.0 |
| **Total Sources** | **896.1** | **Total Uses** | **896.1** |

**Maximum range**

| Cash Sources | €m | Cash Uses | €m |
|---|---|---|---|
| New HoldCo financing | 550.0 | Cash to Balance Sheet[1] | 300.0 |
| New Equity / bridge | 346.1 | Everton acquisition - 777 Refinancing | 367.3 |
| | | Nutmeg - Refinancing | 198.8 |
| | | Est. Fees & Expenses | 30.0 |
| **Total Sources** | **896.1** | **Total Uses** | **896.1** |

**Minimum range**

| (€ in millions) | Pre-transaction | % Cap | Δ | Pro-forma | % Cap |
|---|---|---|---|---|---|
| **Total Group EV (prop.)** | **1,633.8** | **100.0%** | **30.0** | **1,663.8** | **100.0%** |
| **Adj. net debt at club level (prop.)** | **578.4** | **35.4%** | **-** | **578.4** | **34.8%** |
| Genoa | 108.2 | 6.6% | - | 108.2 | 6.5% |
| Standard Liege | 15.6 | 1.0% | - | 15.6 | 0.9% |
| Red Star | (0.4) | (0.0%) | - | (0.4) | (0.0%) |
| Hertha Berlin | 51.2 | 3.1% | - | 51.2 | 3.1% |
| Vasco Da Gama | 33.6 | 2.1% | - | 33.6 | 2.0% |
| Melbourne Victory | (0.6) | (0.0%) | - | (0.6) | (0.0%) |
| Sevilla | 11.9 | 0.7% | - | 11.9 | 0.7% |
| Everton[2] | 358.9 | 22.0% | - | 358.9 | 22.0% |
| **HoldCo financial debt** | **707.8** | **43.3%** | **(198.8)** | **141.7** | **8.5%** |
| Nutmeg - Existing loan | 198.8 | 12.2% | (198.8) | - | - |
| Deferred purchase price / Earnouts[3] | 141.7 | 8.7% | - | 141.7 | 8.5% |
| 777 Everton acquisition funding | 367.3 | 22.5% | (367.3) | - | - |
| **Existing HoldCo + Club-level net debt** | **1,286.2** | **78.7%** | | **720.1** | **43.3%** |
| New HoldCo financing | - | - | 350.0 | 350.0 | 21.0% |
| Cash on hand | - | - | (300.0) | (300.0) | (18.0%) |
| **PF HoldCo + Club-level net debt** | **1,286.2** | **78.7%** | | **770.1** | **46.3%** |
| **Total Equity value (prop.)** | **347.6** | **21.3%** | **546.1** | **893.7** | **53.7%** |
| **Group Ownership** | | **%** | | | **%** |
| *777 Football Group* | *347.6* | *100.0%* | *-* | *347.6* | *38.9%* |
| *New equity partner(s)* | *-* | *-* | *546.1* | *546.1* | *61.1%* |

Peak LTV 64.3%

**Maximum range**

| (€ in millions) | Pre-transaction | % Cap | Δ | Pro-forma | % Cap |
|---|---|---|---|---|---|
| **Total Group EV (prop.)** | **1,926.1** | **100.0%** | **30.0** | **1,956.1** | **100.0%** |
| **Adj. net debt at club level (prop.)** | **578.4** | **30.0%** | **-** | **578.4** | **29.6%** |
| Genoa | 108.2 | 5.6% | - | 108.2 | 5.5% |
| Standard Liege | 15.6 | 0.8% | - | 15.6 | 0.8% |
| Red Star | (0.4) | (0.0%) | - | (0.4) | (0.0%) |
| Hertha Berlin | 51.2 | 2.7% | - | 51.2 | 2.6% |
| Vasco Da Gama | 33.6 | 1.7% | - | 33.6 | 1.7% |
| Melbourne Victory | (0.6) | (0.0%) | - | (0.6) | (0.0%) |
| Sevilla | 11.9 | 0.6% | - | 11.9 | 0.6% |
| Everton[2] | 358.9 | 18.6% | - | 358.9 | 18.3% |
| **HoldCo financial debt** | **707.8** | **36.7%** | **(198.8)** | **141.7** | **7.2%** |
| Nutmeg - Existing loan | 198.8 | 10.3% | (198.8) | - | - |
| Deferred purchase price / Earnouts[3] | 141.7 | 7.4% | - | 141.7 | 7.2% |
| 777 Everton acquisition funding | 367.3 | 22.5% | (367.3) | - | - |
| **Existing HoldCo + Club-level net debt** | **1,286.2** | **66.8%** | | **720.1** | **36.8%** |
| New HoldCo financing | - | - | 550.0 | 550.0 | 28.1% |
| Cash on hand | - | - | (300.0) | (300.0) | (15.3%) |
| **PF HoldCo + Club-level net debt** | **1,286.2** | **66.8%** | | **970.1** | **49.6%** |
| **Total Equity value (prop.)** | **639.9** | **33.2%** | **346.1** | **986.0** | **50.4%** |
| **Group Ownership** | | **%** | | | **%** |
| *777 Football Group* | *639.9* | *100.0%* | *-* | *639.9* | *64.9%* |
| *New equity partner(s)* | *-* | *-* | *346.1* | *346.1* | *35.1%* |

Peak LTV 64.9%



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019280

USAO_REL_01_02090650

# Investment Thesis

## Everton acquisition allows 777FG to raise capital around MCO Strategy

### Sum-Of-The-Parts Valuation (Proportionate Method) – Excluding Everton Acquisition

| (€m) | Genoa | Standard Liege | Red Star | Hertha | Vasco da Gama | Melbourne Victory | Sevilla | Total Group |
|---|---|---|---|---|---|---|---|---|
| Division 2023/24 season | 1st | 1st | 3rd | 2nd | 1st | 1st | 1st | |
| League rank 2023/24 season | 16th | 4th | 2nd | 2nd | 16th | 8th | n.a. | |
| **23/24E Revenues incl. PT** | **81.8** | **48.0** | **4.0** | **85.6** | **75.4** | **14.1** | **250.0** | |
| (x) Revenue Multiple (Min) | 2.25x | 2.25x | 2.50x | 3.50x | 3.00x | 3.00x | 3.00x | |
| (x) Revenue Multiple (Max) | 2.75x | 2.75x | 3.50x | 4.50x | 4.00x | 4.00x | 4.00x | |
| **Enterprise Value (Min)** | **184.1** | **108.1** | **10.0** | **299.6** | **226.2** | **42.4** | **750.0** | |
| **Enterprise Value (Max)** | **225.1** | **132.1** | **14.0** | **385.2** | **301.7** | **56.6** | **1,000.0** | |
| Financial Debt (Jun-23E) | 178.4 | 15.9 | 0.9 | 49.7 | 49.4 | 1.0 | 97.2 | |
| Cash (Jun-23E) | (1.2) | (0.4) | (0.5) | 15.3 | (1.4) | (3.8) | (16.6) | |
| **Net Debt** | **177.2** | **15.6** | **0.5** | **65.0** | **48.0** | **(2.8)** | **80.6** | |
| Net debt adjustments | (68.9) | - | - | - | - | - | - | |
| **Adjusted net debt** | **108.4** | **15.6** | **0.5** | **65.0** | **48.0** | **(2.8)** | **80.6** | |
| **Equity Value (Min)** | **75.8** | **92.5** | **9.5** | **234.7** | **178.2** | **45.2** | **669.4** | |
| **Equity Value (Max)** | **116.7** | **116.5** | **13.5** | **320.3** | **253.6** | **59.4** | **919.4** | |
| 777 Stake | 99.9% | 100.0% | 100.0% | 78.8% | 70.0% | 20.0% | 14.7% | |
| **Prop. Enterprise Value (Min)** | **183.9** | **108.1** | **10.0** | **236.1** | **158.4** | **8.5** | **110.3** | **815.2** |
| **Prop. Enterprise Value (Max)** | **224.8** | **132.1** | **14.0** | **303.6** | **211.2** | **11.3** | **147.0** | **1,043.9** |
| Prop. Adjusted net debt | 108.2 | 15.6 | 0.5 | 51.2 | 33.6 | (0.6) | 11.9 | 220.4 |
| **Prop. Equity Value (Min)** | **75.7** | **92.5** | **9.5** | **184.9** | **124.8** | **9.0** | **98.4** | **594.8** |
| **Prop. Equity Value (Max)** | **116.6** | **116.5** | **13.5** | **252.4** | **177.6** | **11.9** | **135.1** | **823.6** |
| Prop. 2023/24E Revenues (incl. PT) | 81.8 | 48.0 | 4.0 | 67.5 | 52.8 | 2.8 | 36.8 | €293.6 |

# Investment Thesis

## Everton acquisition allows 777FG to raise capital around MCO Strategy

### S&U And Capital Structure – Excluding Everton Acquisition

**Minimum range**

| Cash Sources | €m | Cash Uses | €m |
|---|---|---|---|
| New HoldCo financing | 300.0 | Cash to Balance Sheet | 240.0 |
| New Equity / bridge | 158.8 | Nutmeg - Refinancing | 198.8 |
| | | Est. Fees & Expenses | 20.0 |
| **Total Sources** | **458.8** | **Total Uses** | **458.8** |

**Maximum range**

| Cash Sources | €m | Cash Uses | €m |
|---|---|---|---|
| New HoldCo financing | 458.8 | Cash to Balance Sheet | 240.0 |
| New Equity / bridge | - | Nutmeg - Refinancing | 198.8 |
| | | Est. Fees & Expenses | 20.0 |
| **Total Sources** | **458.8** | **Total Uses** | **458.8** |

| (€ in millions) | Minimum range Pre-transaction | % Cap | Δ | Pro-forma | % Cap |
|---|---|---|---|---|---|
| **Total Group EV (prop.)** | **815.2** | **100.0%** | **20.0** | **835.2** | **100.0%** |
| **Adj. net debt at club level (prop.)** | **220.4** | **27.0%** | **-** | **220.4** | **26.4%** |
| Genoa | 108.2 | 13.3% | - | 108.2 | 13.0% |
| Standard Liege | 15.6 | 1.9% | - | 15.6 | 1.9% |
| Red Star | 0.5 | 0.1% | - | 0.5 | 0.1% |
| Hertha Berlin | 51.2 | 6.3% | - | 51.2 | 6.1% |
| Vasco Da Gama | 33.6 | 4.1% | - | 33.6 | 4.0% |
| Melbourne Victory | (0.6) | (0.1%) | - | (0.6) | (0.1%) |
| Sevilla | 11.9 | 1.5% | - | 11.9 | 1.4% |
| **HoldCo financial debt** | **219.2** | **26.9%** | **(198.8)** | **20.5** | **2.4%** |
| Nutmeg - Existing loan | 198.8 | 24.4% | (198.8) | - | - |
| Deferred purchase price / Earnouts | 20.5 | 2.5% | - | 20.5 | 2.4% |
| **Existing HoldCo + Club-level net debt** | **439.6** | **53.9%** | | **240.8** | **28.8%** |
| New HoldCo financing | - | - | 300.0 | 300.0 | 35.9% |
| Cash on hand | - | - | (240.0) | (240.0) | (28.7%) |
| **PF HoldCo + Club-level net debt** | **439.6** | **53.9%** | | **300.8** | **36.0%** |
| **Total Equity value (prop.)** | **375.6** | **46.1%** | **158.8** | **534.4** | **64.0%** |
| **Group Ownership** | | **%** | | | **%** |
| *777 Football Group* | *375.6* | *100.0%* | *-* | *375.6* | *70.3%* |
| *New equity partner(s)* | *-* | *-* | *158.8* | *158.8* | *29.7%* |

Peak LTV 64.8%

| (€ in millions) | Maximum range Pre-transaction | % Cap | Δ | Pro-forma | % Cap |
|---|---|---|---|---|---|
| **Total Group EV (prop.)** | **1,043.9** | **100.0%** | **20.0** | **1,063.9** | **100.0%** |
| **Adj. net debt at club level (prop.)** | **220.4** | **21.1%** | **-** | **220.4** | **20.7%** |
| Genoa | 108.2 | 10.4% | - | 108.2 | 10.2% |
| Standard Liege | 15.6 | 1.5% | - | 15.6 | 1.5% |
| Red Star | 0.5 | 0.0% | - | 0.5 | 0.0% |
| Hertha Berlin | 51.2 | 4.9% | - | 51.2 | 4.8% |
| Vasco Da Gama | 33.6 | 3.2% | - | 33.6 | 3.2% |
| Melbourne Victory | (0.6) | (0.1%) | - | (0.6) | (0.1%) |
| Sevilla | 11.9 | 1.1% | - | 11.9 | 1.1% |
| **HoldCo financial debt** | **219.2** | **21.0%** | **(198.8)** | **20.5** | **1.9%** |
| Nutmeg - Existing loan | 198.8 | 19.0% | (198.8) | - | - |
| Deferred purchase price / Earnouts | 20.5 | 2.0% | - | 20.5 | 1.9% |
| **Existing HoldCo + Club-level net debt** | **439.6** | **42.1%** | | **240.8** | **22.6%** |
| New HoldCo financing | - | - | 458.8 | 458.8 | 43.1% |
| Cash on hand | - | - | (240.0) | (240.0) | (22.6%) |
| **PF HoldCo + Club-level net debt** | **439.6** | **42.1%** | | **459.6** | **43.2%** |
| **Total Equity value (prop.)** | **604.4** | **57.9%** | **-** | **604.4** | **56.8%** |
| **Group Ownership** | | **%** | | | **%** |
| *777 Football Group* | *604.4* | *100.0%* | *-* | *604.4* | *100.0%* |
| *New equity partner(s)* | *-* | *-* | *-* | *-* | *-* |

Peak LTV 65.8%



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019282

USAO_REL_01_02090652

# Investment Thesis

## Everton acquisition allows 777FG to raise capital around MCO Strategy

### MCO Platforms Offer Tangible Investor Benefits




**Talent development**

- ✓ More scouts watching more games in more markets = better decisions
- ✓ Controlled player pathways to better attract and retain talent
- ✓ Longer talent retention maximises value capture

**Management expertise**

- ✓ Exposure across regulatory and league contexts enhances global insights
- ✓ Cost of specialist expertise spread across portfolio
- ✓ Group knowledge and best practice sharing

**Operational efficiencies**

- ✓ Negotiating leverage and back-office centralisation
- ✓ Ability to incubate services and tech
- ✓ Fixed investments across digital / content revenues

**Commercial synergies**

- ✓ Physical assets across time zones and geographies
- ✓ Consolidation of fans elevates commercial deals ceiling
- ✓ More salespeople in more markets increase TAM

**Risk diversification**

- ✓ Reduced impact of idiosyncratic league shocks
- ✓ Reduced financial volatility from on-pitch performance
- ✓ Increased organisational and operational stability

**Multiple arbitrage**

- ✓ Consolidation of clubs bought at attractive valuations creates arbitrage opportunity
- ✓ Scale, de-risked profile, operating synergies and value levers contribute to valuation premium



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019283

USAO_REL_01_02090653

# Investment Thesis

## Everton acquisition allows 777FG to raise capital around MCO Strategy

### Multi-Club Ownership Is Becoming The Dominant Holding Structure In Global Football

**The multi-club ownership structure is increasing in popularity...**

*The number of clubs under a multi-club ownership structure increased by 1.8x in the last 5 years (globally)*




**...with investors coming from all over the world**

*Interested parties from Europe, Middle East, Asia-Pacific, Africa, and the Americas are investing through both majority and minority stakes*




**Football governance is becoming more professionalised, both across 1st and 2nd division clubs**

*c.* ***35%*** *of the clubs in the European 2023/24 top first-division leagues are part of an MCO structure*




*c.* ***23%*** *of the clubs in the 2023/24 European top second-division leagues are part of an MCO structure*




Confidential Use Only

# Investment Thesis

## Significant Enterprise Value/Collateral Value can be unlocked via StadCo once completed

**One of the most iconic venues in the Premier League…**

*Goodison Park has been home to the Club for 127 years and has hosted more top- flight games than any other stadium*



Goodison Park

- **Owner:** Club
- **Inauguration:** 1892
- **Latest major renewal:** 1994
- **Capacity:** 39,572
- **Avg. attendance[1]:** 39,205
- **Avg. utilisation rate[1]:** 98.6%

**…set to be replaced by a state-of-the-art stadium**

*The Club is building a new, impressive stadium located on Liverpool's waterfront. The venue will be known as* ***Everton Stadium****, and is expected to open in 2025*








Everton Stadium

**OWNER: CLUB**

**COST: ~£760m**

**OPENING: 25/26 season**

**CAPACITY: 52,288**

**…which will provide key financial upsides**

1. **+£33m** increase in commercial revenues
2. **+£25m** increase in matchday revenues
3. **+£60m** increase in total revenues
4. **+£46m** incremental EBITDA

**£548mm of construction cost paid for to date with £411mm invested as Equity**

# Investment Thesis

## Supportive Risk and Mitigants analysis

| Risk | Mitigants |
| --- | --- |
| Everton working capital needs are greater then expected | • ACAP loan is being made at low LTV to mitigate downside risks;<br>• Multiple precedent transaction supporting Enterprise Value over £800mm;<br>• 777FG raising capital to support club working capital needs;<br>• 777FG has expertise in managing players costs and expects to rationale clubs once they have control;<br>• StadCo completion costs are expected to be raised with third parties, ACAP has done supporting channel checks; |
| 777FG capital raise stalls or fails | • Banking group, Tifosy, has already started circling up with debt investors;<br>• MCO strategy has precedent transaction supporting expected capital raise levels;<br>• ACAP loan is being made at low LTV to mitigate downside risks;<br>• Multiple precedent transaction supporting Enterprise Value over £800mm; |
| StadCo can not obtain third party capital | • Stadium Ticketing Revenue lien must be released by RMF before ACAP will invest;<br>• Currently over £500mm of investment made into stadium implying large equity cushion and low LTC for third parties;<br>• ACAP can underwrite the construction and syndicate a loan in downside case; Construction nearly 50% complete.<br>• Fixed completion cost contract for Stadium preventing cost over-runs; |
| Everton is relegated | • ACAP loan is being made at low LTV to mitigate downside risks;<br>• 777FG has proven they can manage relegation/promotion scenarios and the associated change in revenue (Genoa 2022/2023);<br>• 777FG has expertise in managing players and squad fixtures;<br>• Fans interest tends to deteriorate after 4 years from relegation date; |

# Investment Thesis

## Affirmative Channel Checks

### Tommy Aylmer– Tifosy Capital & Advisory – Managing Director
### Fausto Zanetton– Tifosy Capital & Advisory – Managing Director

- Confirmed that they have been working with 777FG on capital raise. They have started outreach to potential debt investors:
    - Investor group includes mega fund names such as Ares, Apollo, Caryle, Sixth Street;
- Tifosy indicated that the addition of Everton to the 777FG portfolio will attract more institutional investors;
    - Institutional and High Net Worth investors are looking for exposure to Premiere league assets;
- Confirmed that the addition of Everton to the 777FG portfolio will crystalize/justify multiple expansion for MCO platform valuation:
    - Group valuation should expand to 3.5-4x Revenue;
    - Significant pick up in 777FG value from teams purchased at lower multiple;
- Tifosy indicated that addition of Everton greatly increases likelihood of debt transaction;
- The team indicated to look to Eagle Football group and Atalanta as the best natural comp sets for 777FG;
- Tifosy indicated that they expected the floor for debt raise including Everton to be €300mm;

### Mark Thompson– 777FG – Business Development

- Recent 777FG hire. Originally engaged as industry expert to help with DD process.
    - Prior worked at Burnley FC and worked at club through relegation to Champtionship and promotion back to Premier Leage
    - Prior to Burnley, work at Manchester City with 777FC CEO Don Dransfield on business side.
- Currently reviewing sellside numbers on Stadco and modeling conservative case for 777FG.
- Confirmed that New Stadium matchday revenue will significantly increase from 24mm to LM40'smm in first year at new stadium in the conservative scenario;
    - Stadium Capacity expansion from 39k to 53k;
    - Premium pricing for similar season ticket seats due to improved facility and amenities.
    - Everton sells out nearly all capacity to season ticket holders. 17year waiting list.
    - Expanded hospitality revenue with new premium seats and suites. Hospitality Revenue nearly 45% of matchday revenue
- Confirmed increased commercial revenues due to being newer facility. Will host Euro play in coming years.
    - Min increase of 15mm over Goodison Park
    - Commercial contracts less likely to have stepdown provisions in relegation
- Pointed out that historically matchday revenues increase for teams in year of relegation as fanbase pulls together.
    - Revenues tend to trail in Year 4 after relegation

# Everton FC – Situational Update



Confidential – Grand Jury Materials Subject to
Fed. R. Crim. P. 6

# Everton FC – Situational Update

## Everton FC – Snapshot

### City

*Liverpool*, Merseyside

2.2m

GDP P.P[3] 41,000

### League

| Men | Women |
|---|---|
| Premier League | W. Super League |
| 1st division | 1st division |

### Key metrics

Squad value 345m[1]

Social media 10.5m[5]

7th in the EPL

### Historical Financials

| | EPL – 8th | Covid-19 EPL – 12th | Covid-19 EPL – 10th | EPL – 18th | EPL – 17th |
|---|---|---|---|---|---|
| *(€m)* | 2019A | 2020A | 2021A | 2022A | 2023A |
| Broadcasting | 152.8 | 113.4 | 176.4 | 141.2 | 150.5 |
| Sponsorship / Commercial | 32.0 | 69.4 | 41.6 | 40.7 | 27.5 |
| Matchday | 18.6 | 13.9 | 0.2 | 21.0 | 22.8 |
| Other | 5.8 | 6.8 | 7.5 | 8.2 | 3.2 |
| **Total Recurring Revenue** | **209.2** | **203.5** | **225.7** | **211.0** | **204.0** |
| Salaries | (164.1) | (175.6) | (204.0) | (182.1) | (187.5) |
| OpEx | (70.7) | (41.7) | (47.3) | (61.4) | (65.6) |
| **Recurring EBITDA** | **(25.5)** | **(13.8)** | **(25.6)** | **(32.5)** | **(49.0)** |
| *% Margin* | *(12.2%)* | *(6.8%)* | *(11.3%)* | *(15.4%)* | *(24.0%)* |
| Net Gain on Player Trading | 22.6 | 44.4 | 15.4 | 78.9 | 40.6 |
| **EBITDA, after Player Trading** | **(2.9)** | **30.6** | **(10.2)** | **46.4** | **(8.5)** |
| *% Margin* | *(1.3%)* | *12.3%* | *(4.2%)* | *16.0%* | *(4.2%)* |

### Trophies2

9x Premier League

5x FA Cup

9x English Super Cup

### Brand

Everton

"The Toffees"

### Infrastructure



- Owner: Club
- Inauguration: 2025/26 season (planned)
- Latest major renovation: -
- Capacity: 52,288



- Owner: Municipality
- Inauguration: 2007
- Latest major renovation: 2016
- Includes Youth Academy

### Recent performance




### Stadium attendance






Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019289

USAO_REL_01_02090659

# Everton FC – Situational Update

## Everton FC key highlights

**1 Longest serving club in the Premier League with a global brand and loyal fanbase**

- Everton is synonymous with the Premier League: the club has never been relegated from the Premier League having spent a record 120 consecutive seasons in the top division and has a history of domestic and European success
- One of the best supported clubs in English football with a global brand and reach
- Everton is now poised to benefit from its well-advanced long-term value projects and has a vision to re-establish itself as an elite club, challenging at the very top of domestic and European competitions and play football in a world-renowned stadium

**2 Highly attractive asset granting access to the richest football league in the world**

- Premier League clubs are scarce assets that are subject to sustained and increasing levels of investor demand from investors across the globe
- The Premier League is the world's most lucrative club football league, with a clear competitive commercial advantage relative to European peers based on domestic and international media rights contract values
- The potential for qualification for UEFA competitions offers a further opportunity for financial outperformance

**3 Best-in-class infrastructure with a transformational new stadium under construction**

- Everton Stadium is substantially progressed and due to be completed in December 2024. As of July 2023, current ownership and the Club have already funded 60%+ of the project cost, with multiple well-developed funding options available for the remainder
- The stadium will be transformative in terms of the Club's matchday experience and financial performance, with significant revenue and EBITDA uplift expected
- High quality training facilities: Elite training facilities at Finch Farm provide high quality, vital infrastructure for all of the Club's teams (including the academy) at a level befitting a top Premier League club

**4 Well invested playing squad, excellent academy track record and an established women's team**

- Everton's first team playing squad comprises a mix of experienced Premier League and international players, along with exciting young players committed to long term contracts
- A demonstrable track record of consistently producing high quality academy graduates that are able to represent the first team and / or generate substantial income for the Club when sold
- The Club is poised to capitalize on the interest in women's football (Everton Women was created back in 1995 and already achieved remarkable success) one of the fastest growing segments in sport

# Everton FC – Situational Update

## Consolidated Financial Outlook – Management Case

| £'000 | 2023A | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|---|
| Broadcasting & Key Commercial | 124,548 | 145,536 | 151,169 | 174,588 | 174,588 |
| Season Tickets | 11,325 | 12,801 | 13,441 | 18,608 | 18,795 |
| Gate Receipts | 4,053 | 4,210 | 4,418 | 4,518 | 4,562 |
| Hospitality | 4,210 | 4,421 | 4,642 | 15,323 | 15,629 |
| Sponsors & Partnerships | 18,940 | 25,035 | 30,992 | 57,571 | 61,199 |
| Other Revenue | 9,078 | 6,598 | 7,308 | 13,528 | 14,431 |
| **Total Revenue** | **172,155** | **198,600** | **211,969** | **284,135** | **289,203** |
| Player Costs | (120,625) | (132,567) | (109,534) | (120,920) | (121,131) |
| First Team Support | (29,739) | (20,183) | (18,875) | (19,252) | (19,637) |
| Academy | (9,824) | (10,037) | (10,214) | (10,235) | (10,058) |
| Facilities | (11,462) | (11,608) | (11,863) | (14,921) | (15,243) |
| Office Administration | (13,372) | (7,977) | (5,282) | (5,389) | (5,497) |
| Other Expenses | (28,324) | (31,716) | (32,800) | (40,602) | (41,421) |
| **Total Expenses** | **(213,345)** | **(214,087)** | **(188,566)** | **(211,320)** | **(212,987)** |
| **EBITDA** | **(41,190)** | **(15,488)** | **23,403** | **72,815** | **76,217** |
| Working Capital & Provisions | 2,799 | 4,247 | 33,328 | 4,293 | (13,993) |
| Players Buys & Sells | 13,857 | (6,289) | (1,056) | 4,450 | 8,606 |
| *Capital Expenditure (777 Schedule)* | *(216,305)* | *(202,588)* | *(102,926)* | *(3,169)* | *(3,233)* |
| **Cash Impacts** | **(199,650)** | **(204,630)** | **(70,655)** | **5,574** | **(8,619)** |
| **Unlevered Free Cash Flows** | **(240,840)** | **(220,117)** | **(47,252)** | **78,390** | **67,597** |
| *Financing Flows (777 Schedule)* | *193,497* | *109,972* | *47,537* | *(39,755)* | *(39,634)* |
| **Levered Cash Flows** | **(47,343)** | **(110,146)** | **284** | **38,635** | **27,964** |
| **KPIs** | | | | | |
| **EBITDA Margin** | | | **11%** | **26%** | **26%** |
| UFCF Conversion | | | | 108% | 89% |
| *EoP Debt* | *346* | *504* | *600* | *600* | *600* |
| ***Gross Leverage[1]*** | ***2.0x*** | ***2.5x*** | ***2.8x*** | ***2.1x*** | ***2.1x*** |

***777 Anticipated Capital Structure & Stadium CapEx Overlaid***

**Broadcasting:**
- Broadcasting expected to increase from FY26E as result of new 3-year rights cycle
- Management assumes team to finish 10, 8, 8, and 8 in 23/24, 24/25, 25/26, and 26/27

**Matchday:**
- Attendance in line with historicals until new stadium completed
- New season ticket pricing structure from FY23E
- Significant increase in matchday sales with new stadium

**Commercial:**
- Termination of £20m p.a. training ground sponsor
- New shirt sponsorship with Stake.com more than doubled on the deal with Cazoo (need to confirm if still passes regulations)
- Stadium naming rights expected to bring in £8m p.a., while new stadium partners expected to contribute £14m and £16m in FY26E and FY27E

**Operating Expenses:**
- Continued stabilization and optimization of player wages
- Increase post FY26E primarily due to cost of operating new stadium

**Adjustments:**
- New Stadium Capital Expenditure flows & Financing flows per 777 estimates overlaid into business plan

# Everton FC – Situational Update

## Consolidated Financial Outlook – 777 Stressed Case

| £'000 | 2024E | 2025E | 2026E | 2027E |
|---|---|---|---|---|
| BroadCasting | 116,903 | 126,479 | 149,660 | 160,194 |
| Matchday | 18,174 | 18,120 | 29,529 | 32,665 |
| Commercial | 23,735 | 29,096 | 37,037 | 38,311 |
| Other Income | 6,598 | 7,308 | 7,166 | 7,266 |
| **Total Revenue** | **165,409** | **181,002** | **223,392** | **238,437** |
| | | | | |
| Player Wages | (130,000) | (110,000) | (120,000) | (130,000) |
| Team Support & Academy | (27,204) | (26,102) | (24,552) | (23,756) |
| Footballing SG&A | (30,044) | (30,703) | (39,565) | (40,243) |
| Other OpEx | (13,530) | (9,506) | (9,772) | (9,931) |
| **Total OpEx** | **(200,778)** | **(176,311)** | **(193,889)** | **(203,930)** |
| | | | | |
| **EBITDA (ex Player Trading)** | **(35,368)** | **4,691** | **29,503** | **34,507** |
| | | | | |
| Player Trading | (10,801) | (3,977) | 188 | 25,000 |
| Working Capital & Deferred Income | 4,247 | 33,328 | 4,293 | (13,993) |
| Capital Expenditure | (202,588) | (102,926) | (3,169) | (3,233) |
| **Cash Impacts** | **(209,142)** | **(73,576)** | **1,312** | **7,774** |
| | | | | |
| **Unlevered Free Cash Flows** | **(244,510)** | **(68,885)** | **30,814** | **42,281** |
| | | | | |
| Financing Flows | 109,972 | 47,537 | (39,755) | (39,634) |
| **Levered Cash Flows** | **(134,538)** | **(21,348)** | **(8,941)** | **2,647** |
| | | | | |
| **KPIs** | | | | |
| **EBITDA Margin** | - | 3% | 13% | 14% |
| UFCF Conversion | - | - | 104% | 123% |
| EoP Debt (£m) | 504 | 600 | 600 | 600 |
| ***Gross Leverage[1]*** | ***3.0x*** | ***3.3x*** | ***2.7x*** | ***2.5x*** |

**Broadcasting:**
- Domestic 3 year broadcasting cycle assumptions from 2022-25 deal
- 777 assumes team to finish 16, 14, 12, and 10, respectively
- Dom. and Int'l 10% rise next cycle, starting 2026
- Marginal increase in share of distribution as league position improves

**Matchday:**
- Looked at benchmarking for matchday revenue in expanded capacity with comparable clubs
- Applied discount to management case as such – will need to see club's ability to capture opportunity from expanded capacity
- WHU £41m – 59k avg, London, c. 10 yrs old
- NEW £28m – 52k avg, North, not a new stadium

**Commercial:**
- Gambling legislation to put pressure on FoS sponsor Stake.com
- Ex-top 7, no non-gambling £10m pa partners
- Recent naming right comparison: Brentford £2.5m pa, smaller ground but attractive business location. Tottenham yet unsold at higher price
- More realistic on non-title naming rights branding partner uplift

**Player Wages & Trading:**
- Applied proprietary analysis from 777 data & analytics team, having refined with experience across 777FG ecosystem
- Benchmarked wages to position finish / total revenues
- FY24 figures kept in line with management estimates due to ability to rationalise squad for that respective season

**OPEX:**
- **No cost-rationalisation initiatives baked into projections**, have been guided to a significant reduction potential in run-rate SG&A

# Everton FC – Situational Update

## Valuation & Returns Analysis

### At Entry (Aug-23)

| | |
|---|---|
| **ClubCo** | |
| **Everton 23E Revenue** | **161** |
| Valuation | 3.0x |
| **Enterprise Value** | **483** |
| (-) Total Debt (excl. Receivables Finance) | (174) |
| (-) Necessary Capital - ClubCo | (130) |
| (-) Earnout Liabilities | - |
| (+) Excess Cash | - |
| **ClubCo Value** | **179** |
| **StadCo** | |
| **StadCo Completion Value** | **600** |
| (-) Stadium Debt | (190) |
| (-) Refi Debt | (140) |
| (-) Earnout Liability | (40) |
| **StadCo Value** | **230** |
| **Consolidated** | |
| **Total Value** | **409** |
| Stake Acquired | 94.1% |
| **Value of Stake** | **385** |
| **Relative To Purchase Price** | |
| Capital Down By 777 | |
| Purchase Price | 109 |
| Capital Injections | 130 |
| **Total Capital Down** | **239** |
| ***Value Arbitrage (Day 1)*** | **1.6x** |
| ***Implicit Discount To Market*** | **37.9%** |

- Revenue Multiple of 3.0x vs comparable precedent transactions of 5.0x, reflection of distressed circumstances
- Assumes no liabilities relating to Europa/Champions league Earnout payments
- StadCo Completion Value based on firm indications of interest for Sale & Leaseback of Stadium
- Remaining £190m for completion of stadium and £140m for refinance of MSP & AJB debt
- 10 year earnout liability undiscounted (cash value) at middle of £3-5m range
- Implies c.40% discount to current "distressed market value"

### Illustrative Exit (2027)

| | |
|---|---|
| ClubCo | |
| **Everton 27E Revenue** | **239** |
| Valuation | 3.0x |
| **Enterprise Value** | **717** |
| (-) Total Debt | (140) |
| (+) Cash | 0 |
| **ClubCo Value** | **577** |
| **StadCo** | |
| **StadCo Completion Value** | **600** |
| (-) Stadium Debt | (250) |
| (-) Refi Debt | (140) |
| (-) Earnout Liability | (28) |
| **StadCo Value** | **182** |
| **Consolidated** | |
| Total Value | 759 |
| Stake Held | 94.1% |
| **Value Of Stake** | **714** |
| **Relative To Purchase Price** | |
| Value Increase | 329 |
| Attributable To BHH | 10% |
| (-) Paid To BHH | **(33)** |
| **Attributable To 777** | **681** |
| Capital Down By 777 | **239** |
| **Net MoIC (4 Year)** | **2.9x** |

- Revenue Multiple of 3.0x as conservative assumption, 4.0x anticipated to be achievable (in line with most recent Lyon acquisition)
- Debt paydown over period via equity capital injections and organic cash generation by Club
- StadCo debt refinanced upon completion to £250m, earnout liability reduced due to 7 years outstanding
- 10% of capital gain to be paid to seller and therefore reduced from net gain to 777
- Sensitivity table shown below highlights 4.6x Net MoIC achievable if club sold at "market rate" vs "discount market rate" shown on left

27E Revenue

| Exit Revenue Multiple | 160 | 200 | 240 | 280 |
|---|---|---|---|---|
| **1.0x** | 0.9x | 1.0x | 1.2x | 1.3x |
| **2.0x** | 1.4x | 1.7x | 2.0x | 2.3x |
| **3.0x** | 2.0x | 2.4x | 2.9x | 3.3x |
| **4.0x** | 2.6x | 3.1x | 3.7x | 4.3x |
| **5.0x** | 3.1x | 3.9x | 4.6x | 5.3x |
| **6.0x** | 3.7x | 4.6x | 5.4x | 6.3x |

***Exit Multiple = Entry Multiple***
***Exit Multiple = Market Rate (c.5x)***

**Confidential Use Only**

A-CAP MANAGEMENT

# 777FG's Portfolio Strategy

# 777FG's Portfolio Strategy

## 777 FG revenue by club

| (€m) | 2023/24E | | | 2024/25E | | | 2025/26E | | |
|---|---|---|---|---|---|---|---|---|---|
| | Recurring | Net PT | **Total** | Recurring | Net PT | **Total** | Recurring | Net PT | **Total** |
| Everton FC | 192 | 12 | **204** | 208 | 23 | **231** | 260 | 23 | **283** |
| Genoa CFC | 65 | 17 | **82** | 72 | 21 | **93** | 76 | 21 | **97** |
| Standard Liège | 36 | 13 | **48** | 49 | 15 | **64** | 56 | 17 | **73** |
| Red Star FC | 4 | 0 | **4** | 9 | 2 | **11** | 11 | 5 | **16** |
| Vasco da Gama | 61 | 15 | **75** | 67 | 18 | **86** | 78 | 16 | **94** |
| Hertha BSC | 64 | 21 | **86** | 97 | 13 | **110** | 115 | 26 | **141** |
| Sevilla FC | 209 | 41 | **250** | 220 | 43 | **263** | 232 | 46 | **278** |
| Melbourne Victory FC | 15 | 0 | **15** | 18 | 0 | **18** | 20 | 0 | **20** |
| 777 Partners | 5 | - | **5** | 18 | - | **18** | 24 | - | **24** |

# 777FG's Portfolio Strategy

## Global Reach

| | Hertha BSC | Genoa CFC | Standard Liège | Vasco da Gama | Red Star FC | Melbourne Victory | Sevilla FC |
|---|---|---|---|---|---|---|---|
| **Stake** | ~79%[1] | 100% | 100% | 70% | 100% | 70%[2] | ~15% |
| **League** *(23/24)* | 2. Bundesliga 2nd division | Serie A 1st division | Pro League 1st division | Série A 1st division | Ch. National 3rd division | A-League 1st division | LaLiga 1st division |
| **FY23 revenues** *(last estimates, incl. player trading)* | €113m (Bundesliga - 1st div.) | €75m | €41m | €50m (Jun-23 LTM, Série B in 2022 H2) | €3m | €12m | €233m |
| **Foundation** | 1892 | 1893 | 1898 | 1898 | 1897 | 2004 | 1890 |
| **Country** | | | | | | | |
| **City & population** | Berlin 3.9m | Genova 0.8m | Liège 0.7m | Rio de Janeiro 13.7m | Paris 13.0m | Melbourne 5.2m | Sevilla 1.5m |
| **Social media followers[3]** | 1.1m | 1.1m | 0.7m | 9.2m | 0.2m | 0.4m | 7.9m |
| **Women's team** | 2. Frauen Bundesliga 2nd division[4] | Serie B Femminile 2nd division | Women Super League 1st division | Série A3 3rd division | Ile-de-France Regional level | A-League W. 1st division | Liga F 1st division |
| **Stadium** *(men's)* |  Olympiastadion 74,475 seats |  Luigi Ferraris 36,599 seats |  Maurice Dufrasne 27,670 seats |  São Januário (21,880 seats)  Maracanã (78,838 seats) |  Bauer 10,000 seats[5] |  AAMI Park 30,050 seats |  Ramón Sánchez Pizjuán 42,714 seats |
| **Avg. attendance** *(2022/23, men's)* | 53,562 *(72%)* *(Club record high)* | 25,909 *(71%)* *(Highest since 08/09)* | 20,646 *(75%)* *(3 sell-outs)* | 20,666 *(94%[6])* | 1,955 *(87%[7])* *(Club record high)* | 10,124[8] *(34%)* | 35,571 *(83%)* |

Record since 2007/08

**Confidential Use Only**

A-CAP MANAGEMENT



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019296

USAO_REL_01_02090666

# 777FG's Portfolio Strategy

## Risk diversification and material platform synergies

| MCO Model | 777 Partners | "Crown jewel" club | Marketing focused | Multi-sport (>3 sports) | Alliance |
|---|---|---|---|---|---|
| Overview | • Iconic clubs in their respective geographies with no dominant club in the overall structure<br>• Centralised management and shared strategy | • One dominant club with several other clubs that act as "talent development centres" for the top of the pyramid<br>• Dominant club's visual identity applied to selected clubs | • No official dominant club inside the structure<br>• Acquisition/creation of small clubs from lower divisions, group visual identity and brand expansion | • Acquire few and selected sports franchises across different sports<br>• HoldCo strategy not purely dedicated to football, with limited synergies and operational integration | • One or two "main" clubs alongside smaller clubs to source and develop talents at different stages of their growth<br>• Limited integration, shared vision or strategy |
| Group main focus | • Develop talents and realise commercial synergies to operate the MCO at a profit | • Achieve dominance by the "crown jewel" club | • Content marketing: expand the HoldCo brand globally | • Diversify HoldCo investments by investing in several sports | • Acquire several clubs to exchange players within the group |
| Consolidated vision and commercial strategy | ✓ | ✓ | ✓ | ✗ | ✗ |
| Centralised operations and management | ✓ | ✓ | ✗ | ✗ | ✗ |
| Flat hierarchy among clubs | ✓ | ✗ | ✓ | ✓ | ✗ |
| Differentiated visual identity among clubs | ✓ | ✗ | ✗ | ✓ | ✓ |
| Investor focus | ✓ | ✓ | ✗ | ✗ | ✗ |
| Economic approach to talent development & trading | ✓ | ✗ | ✓ | ✗ | ✓ |

Confidential Use Only

# 777FG's Portfolio Strategy

## Investments in strategic and diverse geographies

**Genova, Liguria, Italy**
*A seaside city part of the "Italian Business Triangle"*




**Demographics**[1]
City Population: 0.8m
Region Population: 1.5m

**Economy**[1]
Region GDP PP: €30,000
One of Europe's busiest ports and hub for Italian A&D i

**Transportation/Geography**[1]
Distance from main financial hub: 1.30h by car (Mi
City airport: ✓
High-speed railway: ✓



**Sporting**
Main city rival: UC Sampdoria (2nd division)

**Berlin, Berlin-Brandenburg, Germany**
*Germany's capital and largest city*




**Demographics**[1]
City Population: 3.9m
Region Population: 6.1m

**Economy**[1]
Region GDP PP: €60,000
Tech, media and creative industries hub

**Transportation/Geography**
Distance from main financial hub: 4.00h by train (Fra
City airport: ✓
High-speed railway: ✓



**Sporting**
Main city rival: FC Union Berlin (1st division)

**Paris, Île-de-France, France**
*A world-famous city and global financial hub*




**Demographics**[1]
City Population: 13.0m
Region Population: 13.0m

**Economy**[1]
Region GDP PP: €57,500
Leading financial and economic hub of EU

**Transportation/Geography**
City airport: ✓
High-speed railway: ✓



**Sporting**
Main city rival: Paris Saint-Germain (1st division),
Paris FC (2nd division)

**Liège, Wallonia, Belgium**
*A well-connected city located at the heart of Europe*




**Demographics**[1]
City Population: 0.7m
Region Population: 3.6m

**Economy**[1]
Region GDP PP: €32,000
Leading logistics hub and regional HQ of major industrial firms

**Transportation/Geography**
Distance from main financial hub: 0.45h by train (Brussels)
City airport: ✓
High-speed railway: ✓



**Sporting**
Main rival: RSC Anderlecht (Belgian "Clasico")

# 777FG's Portfolio Strategy

## Investments in strategic and diverse geographies

**Rio de Janeiro, Rio de Janeiro, Brazil**
*One of the world's largest and most iconic cities*




**Demographics**[1]
City Population: 13.7m
Region Population: 13.7m

**Economy**[1]
Region GDP PP: €9,500
*Cultural capital of Brazil and Latin America's 3rd city economy*

**Transportation / Geography**[1]
Distance from main financial hub: 1.00h by plane (São Paulo)
City airport: ✓
High-speed railway: ✗

**Sporting**
Main city rivals: Botafogo FR, CR Flamengo, Fluminer



**Melbourne, Victoria, Australia**
*One of the world's sporting capitals, touting a high quality of*




**Demographics**[1]
City Population: 5.2m
Region Population: 6.8m

**Economy**[1]
Region GDP PP: €42,500
*Financial and industrial hub*

**Transportation/Geography**[1]
Distance from main financial hub: 1.30h by plane (Sydney)
City airport: ✓
High-speed railway: ✗

**Sporting**
Main city rival: Melbourne City FC (1st division)



**Sevilla, Andalusia, Spain**
*One of Spain's most popular cities*




**Demographics**[1]
City Population: 1.5m
Region Population: 8.5m

**Economy**[1]
Region GDP PP: €21,000
*Logistics hub and centre for Spanish A&D industry*

**Transportation/Geography**
Distance from main financial hub: 3.00h by train (Madrid)
City airport: ✓
High-speed railway: ✓

**Sporting**
Main city rival: Real Betis Balompié (1st division)



# 777FG's Portfolio Strategy

## Differentiated MCO strategy

### Predictable cash flows from core business allow for efficient player investment, both in transfer fees & wages

**Corporate Business / "Core" Operations**

High quality uncorrelated revenue streams, supported by a combination of contracted income and recurring business

- Matchday
- Commercial partnerships
- Broadcasting
- Retail / merchandising

Variable and visible cost base with relatively little complexity

- Operating expenses

Stable and visible revenue capacity

Player wage budgets determined based on revenue capacity and desired sporting ambition

On-pitch success drives core revenue growth, while player sales generate outsized returns that are reinvested in the business

**Sporting operations**

777 FG proprietary football platform

*Underpinned by data-driven player development and trading model*

| | |
|---|---|
| Players deliver on-pitch performance<br>*On pitch value* | Successful players sold for outsized returns<br>*Off pitch value* |

| | |
|---|---|
| Existing squad / talent pool | Highly liquid inventory of players |
| High potential young players | > 5-10x returns |
| Academy & youth development | Spending spread across many players |
| Undervalued players in market | > 3-5x returns |
| Free agents | "Infinite returns" |

Player wages, rights-sized to core revenue capacity

Discretionary and opportunistic capex on player acquisitions

# 777FG's Portfolio Strategy

## Various revenue streams and ability to control cost base

### Broadcasting

| | Current deal values[1] | Duration |
|---|---|---|
| LALIGA | Domestic €5.0bn + €4.5bn Int'l | 2022-27[2] |
| BUNDESLIGA | Domestic €4.3bn + €0.7bn Int'l | 2021-25 |
| | Domestic €2.8bn + €0.6bn Int'l | 2021-24 |
| | €2.2bn (o/w €0.2bn for Ligue 2) | 2021-24 |
| | €0.3bn (USD 0.4bn) | 2021-24 |
| Jupiler Pro League | €0.5bn | 2020-25 |
| A LEAGUE | €0.1bn (AUD 0.2bn) | 2021-26 |

### Commercial

- Roster of **blue-chip** partners underpins **commercial opportunity**
- **Group weight** to negotiate **partnership deals** with touchpoints across some of the **world's major markets**
- Ongoing discussions to enter partnerships with **global sportswear** specialist to **boost merchandising / retail strategy** and operations, as well as a **global commercial partner** to sell group **sponsorships** and **premium ticketing** packages

Kappa, voo, randstad, MSC CRUISES, AUTOHERO, LinkedOut, DEGIRO, pixbet, macron, CG Elementum, Nike, adidas, bonza

### Fan engagement

- 777 FG clubs enjoy **loyal fandom**, creating significant **upside opportunity**
- Investments to be made in **club infrastructure**, with opportunity to **generate meaningful value** from real estate projects
- **Expansion of fan base** through the construction of fan **database to own the fan relationship**
- Leveraging **new formats** and contents to **engage** existing fans and **reach** new non-traditional audiences
- Actively **retaining fans** by **"gamifying"** the fan experience




### Player / squad optimisation

**Player wages comparison (€m)**

*Increase in average value per player[3]*




Confidential Use Only

A-CAP MANAGEMENT



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019301

USAO_REL_01_02090671

# 777FG's Portfolio Strategy

## Diversified MCO structure allows the Group to maximize player development potential

### Brazil is the country that exports the most players internationally

*Total number of outgoing transfers by country (2012 – 2021, in 000s)*[1]




### Pro League clubs have the 3rd lowest average age in Europe

*Average age (20/21, 21/22, 22/23)*[2]




### Paris is one of the world's biggest talent pools, producing, on average, 1/3 of the French national squad

*Famous players born and raised in the Paris area (non-PSG academy)*




All players signed for clubs outside Paris due to lack of professional academies in Paris region

### LaLiga clubs are those in Europe that rely the most on club-trained players

*% of total domestic league minutes by club trained players (20/21, 21/22, average)*[3]




### Bundesliga clubs are investing heavily into young talent

*U23 players as a percentage of all inbound players (20/21, 21/22, average)*[4]




### Serie A is the European league that makes the most use of loans, granting playing time to youths

*Average players sent out on loan per top-division club in 21/22*[5]




### 777's young talents are gaining international exposure



**A. Matturro**
- Value: €2.5m[6]
- Age: 18
- FIFA U20 WC winner, awarded Silver Ball for 2nd best player



**A. Santos, M. Gomes**
- Value: €15.0m (Santos); €2.0m (Gomes)[6]
- Age: 19 (both)
- U20 South American Championship winners (A. Santos team captain)



**J. Ngankam, M. Dardai**
- Value: €5.0m (Ngankam); €3.5m (Dardai)[6]
- Age: 22 (Ngankam), 21 (Dardai)
- U21 starters at UEFA EURO U21



**I. Ziani, E. Mago**
- Value: €0.5m (Ziani); €0.1m (Mago)[6]
- Age: 20 (Ziani); 19 (Mago)
- Morocco U23 starters



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

# 777FG's Portfolio Strategy

## 777 FG clubs are in leagues that sell players to larger clubs as well as clubs at the same level – thereby creating deep liquidity for its talent inventory

**Big 5 leagues clubs have spent €47bn in transfer fees in the past decade (€bn)**




**Strategic opportunity to benefit from Big 5 leagues transfer spending**



# 777FG's Growth Strategy

# 777FG's Growth Strategy

## Strategic roadmap

| | GLOBAL EXPANSION 2022 | SYNERGY DEVELOPMENT 2023 | OPERATIONAL EXCELLENCE 2024 | TOP PLAYER 2025 |
|---|---|---|---|---|
| **Operational Objectives** | • Expand into key regions with targeted club investment in priority markets<br>• Hire and onboard senior leadership team<br>• Implement key group operating systems / processes and governance<br>• Focus on strengthening on-pitch performance back to pre-Covid levels | • Build group commercial sales, with central co-ordination and asset / category management<br>• Talent platforms established; players moved across MCO<br>• Shared group technology platform to support football and commercial decision making<br>• Explore commercial innovation initiatives | • MCO structure in place in line with initial vision<br>• Fund management approach implemented to support groupwide talent development<br>• Significant technology and scale-enabled network cost rationalisation / white label opp.<br>• Execute on investment in commercial innovation initiatives | • Centralised, tech-enabled infrastructure supporting optimised decision-making<br>• Vertically integrated supply chain<br>• Realise step change top line growth through digitally enabled commercial initiatives<br>• Proven player trading ROI driven by platform synergy and analytical advantage |
| **Clubs and regions**[1] | 5<br>Europe and South America | 8<br>Europe, South America and Australia | Opportunistically looking at the market with priority on commercial rationale | |
| **Level of Integration** | Immediate synergies with initial football focus: talent development, scouting, data and analytics. Commercial best practice sharing | Integration of group football operations across clubs. High degree of commercial integration across traditional sales platforms | Structure as integrated as any other MCO model in football: material synergies from operating efficiencies across commercial and football operations | Full integration between clubs and group across all dimensions: high degree of tech-enabled integration and network management |
| **Estimated Revenue** *(Current Portfolio)*[2] | ~€300m | ~€420m | ~€530m | ~€700m |

# 777FG's Growth Strategy

## Strategic roadmap

| Fundamental growth drivers | Strategic goals for 2028 |
|---|---|
| Execution excellence and operational rigour reinforced by top management talent | €[1]bn revenue |
| Commercial growth driven by implementation of technology and marketing best practices | €[350]m EBITDA |
| Continued strength of media rights valuations | Clubs qualified for continental competitions across 3 continents (UEFA, CONMEBOL, AFC) |
| PE investments in 6 out of 7 leagues with 777 FG clubs and ongoing institutionalisation | 50m followers across all social media |
| 777 FG clubs strategically located in leagues largest player trading balances with Big 5 Elite clubs | |
| Asset management approach to talent development and trading | |

# 777FG's Growth Strategy

## High-growth sector driven by improvements in media valuations and proliferation of content

### Proliferation of content distribution channels and formats...

- "Sunderland 'til I Die"; Pelé, Neymar Jr. and Luis Figo documentaries; FIFA documentary
- Ligue 1 rights; "All or Nothing"; "FC Bayern: Behind the Legend"; "Take Us Home: Leeds United FC
- "Welcome to Wrexham"
- Serie A/Bundesliga/LaLiga rights, UEFA Women's Champions League; Ronaldo and Mourinho docs
- 30 For 30 docuseries, MLS live rights
- "Ted Lasso", MLS global live rights
- Sports betting integration; select Champions League, Premier League, La Liga, Bundesliga rights
- Long tail rights in select larger markets; Dugout - biggest library of non-live football content
- UEFA Women's Champions League
- Maradona documentary; US National Team
- "Angel City"; "Welcome to Wrexham"; "We are LAFC"
- Sir Alex Ferguson documentaries, UEFA Champions League live rights

### ...has increased demand for content...

Growth in content spend
*(2010 vs. 2020)*




### ...driving up sports rights' valuations

Sports leagues media rights value growth
*(Current deals vs. 2010)*




### Further considerable opportunities exist to capture future value in football media rights...

*Football's international media rights are expected to continue to grow by 5-8% per annum (22/23 - 31/32E)*

*International football media rights contract values - main markets (€bn)[2]*




*Growth fuelled by the rise of D2C platforms and further internationalisation*

*In the Big 5 leagues, OTT subscriptions have tripled in the last 10y (11/12 - 21/22)[3]*

### ...exploiting the massive growth in OTT services

*Pay TV and OTT subscription per household in the European Big 5 leagues have more than doubled in the last 10 years (12-23)[2]*



# 777FG's Growth Strategy

## High-growth sector driven by improvements in media valuations and proliferation of content

**New playbook for the future fan**

*Technology is unlocking global fanbases, opening new channels for monetisation*

| | Age of the local fan (1880s - 1950s) | Age of the global fan (1950s - 2020) | Age of the fluid fan (2020 - beyond) |
|---|---|---|---|
| **Change agent** | Sport as business | Broadcast TV | Social media and smartphones |
| **Teams** | Local | Global | Dynamic |
| **Media** | Radio, newspaper and TV | Satellite, cable and OTT | Satellite, cable, OTT, and transmedia |
| **Behaviour** | Spectator | Consumer | Consumer-creator |
| **Following** | Club | Clubs and leagues | Club, leagues and athletes |

**Monetisation**



# 777FG's Growth Strategy

## Using technology to unlock local and non-local fanbases, opening new channels for monetization

### Modern playbook for fan engagement and monetisation

**Expand and engage fan base**

- Construct fan database / seek to **own the fan relationship**
- Leverage **new formats and experiment with content types** to excite existing fans and reach new non-traditional audiences
- Actively retain fans by "**gamifying**" the fan experience

**Take renewed stock of fan engagement inventory**

- New tech / formats have unlocked **new potential inventory and products**
- Create comprehensive inventory catalogue (current and potential) and **highlight coverage gaps / opportunities**

**Optimise existing monetisation channels & experiment with new formats**

- Re-examine current activities to **optimise existing monetisation channels**
- Embrace **experimentation with new formats**
- Success not limited to revenue (e.g. fan loyalty)
- Leverage fan data / loyalty to create new /
- **diverse revenue streams**

### Commercial growth opportunity from fan engagement



# 777FG's Growth Strategy

## Topline value creation levers

**Group total revenue bridge 2027/28E vs. 2022/23B (€m)[1]**




**Commentary**

**(A) COVID recovery and 777 immediate actions**

- Immediate reinforcement of senior management structure with appointments of CFOs with experience at global corporations / PEs and sporting directors as "Head of Football Department"
- Focus on returning to pre-COVID sporting positions and revenue levels incl. promotions at Vasco da Gama *(achieved in 2022/23)*, Genoa *(achieved in 2022/23)*, Hertha *(targeted for 2023/24)*, Red Star *(targeted for 2023/24)*; top-6 finish at Standard Liège *(achieved in 2022/23)* and Melbourne Victory
- Player roster refresh and right-sizing to improve on-pitch quality and generate wage savings

**(B) Best practices implementation**

- Key hires and use of technology / performance marketing best practices to reach league benchmarks on commercial and matchday revenue
- Innovative commercial approach to generate additional benefits, incl. group commercial initiatives
- Stadium capacity expansion at Vasco da Gama and Red Star to drive step change in matchday and commercial revenue
- Establishing player trading as a recurring revenue activity thanks to "asset management" approach to talent development and trading

**(C) League developments**

- PE investments across 6 out of 7 leagues with 777 FG clubs
- New regime for sale of broadcasting rights after PE investment to generate value uplifts in those markets

**(D) Performance**

- Assumed conservative league finishes across portfolio
- Access to continental competitions for Hertha, Standard Liège, Vasco da Gama and Melbourne Victory, benefitting from greater number of qualifying spots and competitive dynamics within leagues

# 777FG's Growth Strategy

## Group commercial initiatives

**Group commercial initiatives revenue 2023/24E-2027/28E (€m)**




**Commentary**

(A) **Year 1 - Initial groupwide partnerships**

- **Groupwide sponsorships**: partnership agreements at group-level for all clubs or a subset of clubs as well as group supplier deals
- **Media/Content**: partner with publisher (e.g., 433, OneFootball, Goal.com/FootballCo) on content production and distribution

(B) **Year 2 - Launch D2C business units**

- **Memberships**: groupwide membership scheme
- **Coaching programmes**: international coaching programme, marketed and operated centrally
- **International tournaments**: international tournaments involving all or a subset of 777 FG clubs
- **Sports solutions group**: sale of white-label software and technology solutions developed by 77 FG Analytics team and sports strategy consulting for clubs, leagues, national organisations and investors



Confidential – Grand Jury Materials Subject to Fed. R. Crim. P. 6

ACAP-GJ-0019311

USAO_REL_01_02090681