# EXHIBIT 33

**To:** Josh Wander[jwander@777part.com]
**From:** David Dein
**Sent:** Wed 12/6/2023 1:46:59 PM
**Subject:** Private & Confidential - Everton FC

Hi Josh,

I had a very frank discussion with Peter McCormick this morning and what I'm about to say should remain only between us for the time being as it might scare the horses!

Here is the summary:

1. Peter acknowledges that he has today received replies to their additional questions but he personally will not be able to deal with them until early next week. However, the Premier League team will be looking at them now. As you know, I've been asking for a copy of these answers which I have not received and this frustrates me.
2. All of your clubs are losing money.
3. The Premier League want Everton to survive and need to satisfy themselves that your group has sufficient substance and money to run the club. They believe your group is severely stretched (see my report of 23rd October).
4. Peter mentioned that the interest alone for 2023/24 would be £54m ie. more than £1m per week!
5. The Premier League are still mystified of your source of funds.
6. They were very perplexed that the DoJ in the US are now looking into an allegation of money laundering which he mentioned is libellous if not true.
7. Although he didn't tell me directly, I got the impression from him that from the information they have received to date, the Premier League would reject your application.

Josh, you will remember in our very first meeting on 21st September, which took place on my balcony at home with Don in attendance, I advised you that you needed a bank guarantee or proof of funds for 3 years' losses. Unfortunately, since that has not been forthcoming to date, there has been a bucketful of negative publicity which in my opinion has conditioned the minds of the Premier League.

I was hoping that the comfort/guarantee document that we have been discussing would have been ready last Monday and when I spoke to you yesterday, you thought it would be imminent. I would like to see it please before it goes out. Without being too dramatic, I cannot over-emphasise the importance of this document.

Finally, I do need to have an adult conversation with you about my potential personal position. I need to re-iterate that I'm not looking for a job and if I am to get involved with you and/or your group, I need to satisfy myself that my personal reputation would not be tarnished. You did promise that you would come back to me with some suggestions which I'm yet to receive.

I hope I've demonstrated that I'm here to assist and I modestly believe that I could give your organisation some much needed credibility.

Happy to speak to you later on tonight. I should be home by 10.30pm UK time.

Kindest regards

David

David Dein MBE
+44 (0)7734-284-285

