

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2026

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **United States v. Joshua Wander, 25 Cr. 473 (JPO)**

Dear Judge Oetken:

The Government respectfully writes in response to the defendant Joshua Wander's motion for an evidentiary hearing to determine whether the prosecution team leaked grand jury or other sensitive information. (Dkt. 24, 25). The prosecution team did not. Predicated on pure speculation, the motion is legally and factually meritless. The Government respectfully requests until April 29, 2026, to file its response to the motion.

Respectfully submitted,

JAY CLAYTON
United States Attorney

Granted.  The Government's response to defendant's motion shall be filed by April 29, 2026.
  So ordered.
  4/9/2026

By:

Marguerite B. Colson
Sarah Mortazavi
Alexandra N. Rothman
Assistant United States Attorneys
Southern District of New York

J. PAUL OETKEN
United States District Judge