UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JOSHUA WANDER,

Defendant.

**Declaration of Tristin Jones**
25 Cr. 473 (JPO)

I, Tristin Jones, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a Special Agent with Homeland Security Investigations ("HSI"), and I am one of the law enforcement agents that was assigned to the investigation concerning 777 Partners ("777") that led to this criminal case. I make this Declaration to state clearly and categorically that at no time did I knowingly disclose any matter occurring before the grand jury in this investigation to any member of the press or media, or to any person not authorized to receive such information under Federal Rule of Criminal Procedure 6(e). I did not knowingly provide information about the investigation to *Semafor*, *Josimar*, or any other media organization identified in the defendant's motion. At no time did I authorize any other person to make such a disclosure.

2.      This Declaration is based on my personal knowledge of the facts and circumstances described below, my conversations with other Government officials, and my review of related records. Because this Declaration is being offered for the limited purpose of responding to certain of the allegations contained in the Motion, this Declaration does not contain every detail regarding my participation in this matter.

1

3.     Between on or about November 30, 2023 up until my transfer to a different HSI office located in Baltimore, Maryland, I have been one of the law enforcement officers investigating financial misconduct at 777 Partners LLC and various frauds committed by Joshua Wander (the "Investigation").







I declare under penalty of perjury that the foregoing is true and correct. Executed on April 29, 2026

Special Agent Tristin Jones
Homeland Security Investigations