UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | 25-CR-473 (JPO) |
| JOSHUA WANDER,<br>                    Defendant. | ORDER |

J. PAUL OETKEN, District Judge:

By letter motion filed on May 13, 2026, the Government requests an order enjoining a pending Florida state court proceeding or enjoining Defendant from noticing or taking depositions of likely trial witnesses in this matter.  (ECF No. 33.)  Defendant has opposed the Government's request.  (ECF No. 35.)

To obtain the relief it seeks, the Government must establish "exceptional circumstances" under the All Writs Act, 28 U.S.C. § 1651*, see United States v. Gerace*, No. 19-CR-227, 2021 WL 4134886, at *1-2 (W.D.N.Y. Sep. 10, 2021), or at the very least "good cause" under Rule 16(d)(1) of the Federal Rules of Criminal Procedure.

On the current record, the Court finds that neither standard has been met.  First, the civil action in Florida state court has been pending since January 2025.  When the Government believes that a pending civil proceeding may adversely affect a criminal case, the usual remedy is for the Government to request a stay of the civil case.  The Government represents that it now intends to seek a stay in the Florida action (ECF No. 33 at 1), although it could have done so earlier in the case, as it did with a related SEC action (*id.* at 3.).  Moreover, it is not at all clear that Defendant is "misusing" discovery in the civil case to circumvent the limitations of Rule 16, as opposed to pursuing questions of a fact witness that may be independently relevant in the civil action.  (*Id.* at 4.)

2

Therefore, the Government's letter motion for a protective order (ECF No. 33) is denied.

The additional issues raised by the parties will be addressed at the conference scheduled

for May 26, 2026, at 3:30 p.m.

The Clerk of Court is directed to close the motion at Docket Number 33.

SO ORDERED.

Dated: May 20, 2026
      New York, New York

J. PAUL OETKEN
United States District Judge

2