# Exhibit A

Part 1 of 5


13:40
LTE
Joshua Wand...
1w
JW
Joshua Wander
+1 954-665-4335
No groups in common
Oct 24, 2025
Unanswered voice call · 15:22
Call Again
You started this chat with +19546654335.
Oct 25, 2025
Outgoing voice call · 10:03
Incoming voice call · 13:42
Call Back
Oct 26, 2025
Outgoing voice call · 17:28
Call Again
Message
Btw


13:40
LTE
JW
Joshua Wand...
1w
Oct 26, 2025
Outgoing voice call · 17:28
Call Again
Btw
What about the [redacted]
Can you coordinate intro w/ [redacted]
given the time change?
18:11
Oct 27, 2025
Call you in 30
08:29
Ok
09:05
Incoming video call · 09:38
Call Back
What about [redacted] ? Can we get the
[redacted] ?
Or have [redacted] reach out to one of us?
We are working on multiple different
Message
Will call in a few
18:42


13:40
LTE 27
JW
Joshua Wand...
1w
Or have [redacted] to one of us?
27, 2025
18:41
We are working on [redacted]
Will call in a few 18:42
Oct 28, 2025
Incoming video call · 09:47
Call Back
Oct 29, 2025
Unanswered video call · 09:35
Call Again
5 min 09:35
Incoming video call · 09:40
Call Back
Call you back in 5 mins
Missed video call · 16:39
Message
Call Again


13:40
LTE
JW
Joshua Wand...
1w
Call Back
Oct 29, 2025
Call you back in 5 mins 16:39
Missed video call · 16:39
Unanswered video call · 19:06
Call Again
Call you back 19:07
Did you Guys sign the insurance agreement 19:17
Incoming video call · 20:14
Call Back
Oct 30, 2025
Free at 1030? 10:05
Missed video call · 10:30
Call Back
Message


13:40
LTE 27
JW
Joshua Wand...
1w
Call Back
Oct 30, 2025
Can you do 11 or 11:30? 10:48
11
10:48
Unanswered voice call · 11:10
Incoming video call · 11:48
Unanswered video call · 14:05
Call Again
What's [redacted] email? 14:06
[redacted]
Call me before you send 15:22
Ok sounds good 17:01
Outgoing video call · 17:20
Call Again
Oct 31, 2025
Message


13:40
LTE
JW
Joshua Wand...
1w
Outgoing video call · 17:20
Oct 30, 2025
Oct 31, 2025
Missed video call · 09:15
Outgoing voice call · 10:25
Call Again
Call you back in 10 mins 12:43
Missed voice call · 12:43
Outgoing voice call · 12:58
Call Again
Nov 1, 2025
So [redacted]
And [redacted]
12:19
[redacted]
Message
But Acap is so dumb 12:19


13:41
LTE
JW
Joshua Wand...
1w
Oct 31, 2025
Nov 1, 2025
So [redacted]
And [redacted]
12:19
[redacted]
12:19
Haha [redacted] 12:20
I'll call in a few 12:21
Outgoing voice call · 13:45
Call Again
Nov 3, 2025
Incoming video call · 09:53
Call Back
Message