# Exhibit A

Part 2 of 5


13:41
LTE
JW
Joshua Wand...
1w
Nov 3, 2025
1pm work? 12:03
Sure 12:04
Unanswered video call · 13:00
Call Again
I'm with Mike
Give me a ring when you have a sec
13:01
Missed video call · 13:10
Call Back
d you back - sorry had to restart
phone- it froze for 10 min
13:11
Unanswered video call · 13:12
Incoming video call · 13:12
Unanswered video call · 13:13
Message


13:41
LTE
JW
Joshua Wand...
1w
Call Back
Nov 3, 2025
Tried you back - sorry had to restart my phone- it froze for 10 min
13:11
Unanswered video call · 13:12
Incoming video call · 13:12
Unanswered video call · 13:13
Incoming video call · 13:14
Call Back
PDF
[redacted]
13:19
PDF
[redacted]
13:24
PDF
[redacted]
13:40
[redacted]
Message


13:41
LTE
JW
Joshua Wand...
1w
Nov 3, 2025
13:40
[redacted]
14:22
[redacted]
14:25
Nov 4, 2025
[redacted]
10:03
Missed voice call · 11:36
Missed voice call · 11:48
Unanswered voice call · 12:23
Incoming voice call · 12:27
Call Back
Nov 5, 2025
Message

12:30 5G 39

**Joshua Wand...**

1w

Nov 4, 2025

Mis[illegible] · 11:36

Missed voice call · 11:48

Unanswered voice call · 12:23

Incoming voice call · 12:27

Call Back

Nov 5, 2025

Unanswered voice call · 13:04

Unanswered voice call · 13:04

Outgoing voice call · 13:04

Call Again

Nov 6, 2025

Outgoing voice call · 08:23

Missed voice call · 10:08

Outgoing video call · 10:58

Call Again

Call you back in 15


13:41
LTE
JW
Joshua Wand...
1w
Nov 4, 2025
Nov 5, 2025
Unanswered voice call · 13:04
Unanswered voice call · 13:04
Outgoing voice call · 13:04
Call Again
Nov 6, 2025
Outgoing voice call · 08:23
Missed voice call · 10:08
Outgoing video call · 10:58
Call Again
Call you back in 15
11:41
Missed video call · 11:41
Unanswered voice call · 13:07
Call Again
Nov 7, 2025
Message


13:41
LTE
JW
Joshua Wand...
1w
Nov 6, 2025
Call Again
Nov 7, 2025
Unanswered voice call · 10:13
Incoming voice call · 10:18
Unanswered voice call · 11:52
Outgoing voice call · 14:43
Call Again
Nov 9, 2025
I'm in nyc next 2 days
Lovely 11:54
Mike will be around though if you wanna meet up
prob fly back tomorrow night
11:54
We shoulda won 11:58
Nov 10, 2025
Message
One of the planes we are looking at


13:41
LTE 26
JW
Joshua Wand...
1w
tomorrow night
11:54
Nov 9, 2025
[redacted]
11:58
Nov 10, 2025
[redacted]
[redacted] we are looking at
10:46
Thanks - is this a report generated by [redacted]?
Mike said he'll dig in
Asked if we have a NDA
/can get [redacted]
11:22
Nov 11, 2025
[redacted]


13:41
LTE
JW
Joshua Wand...
1w
/can get [redacted]
11:22
Nov 11, 2025
[redacted]
08:48
Unanswered voice call · 09:45
Call Again
[redacted] is sick
call in hour 13:24
Nov 12, 2025
What's up? 12:24
Incoming voice call · 12:25
Message
Nov 17, 2025