# Exhibit A

Part 3 of 5


13:41
LTE 26
JW
Joshua Wand...
1w
Call Again
Nov 11, 2025
[redacted] is sick
Will call in hour 13:24
Nov 12, 2025
What's up? 12:24
Incoming voice call · 12:25
Call Back
Nov 17, 2025
You set disappearing message time to 1 week.
Unanswered voice call · 07:32
coming voice call · 17:10
Call Back
Nov 21, 2025
Outgoing voice call · 14:49
Call Again
Nov 25, 2025
Message
Outgoing voice call · 09:09


13:41
LTE
JW
Joshua Wand...
Nov 17, 2025
17:10
Call Back
Nov 21, 2025
Outgoing voice call · 14:49
Call Again
Nov 25, 2025
Missed voice call · 08:46
Outgoing voice call · 09:09
Incoming voice call · 09:45
Incoming voice call · 09:52
Call Back
Nov 26, 2025
Missed voice call · 08:26
Missed voice call · 09:05
Unanswered voice call · 11:00
Incoming voice call · 18:08
Call Back
Message


13:41
LTE
JW
Joshua Wand...
1w
Incoming voice call · 09:45
Nov 25, 2025
Incoming voice call · 09:52
Call Back
Nov 26, 2025
Missed voice call · 08:26
Missed voice call · 09:05
Unanswered voice call · 11:00
Incoming voice call · 18:08
Call Back
Nov 30, 2025
Missed voice call · 12:35
Call Back
Dec 1, 2025
Outgoing voice call · 09:57
Incoming voice call · 10:33
Call Back
Fri, Dec 5
Message


13:41
LTE
Joshua Wand...
1w
Dec 1, 2025
09:57
Incoming voice call · 10:33
Call Back
Fri, Dec 5
Missed video call · 09:50
Call Back
Mon, Dec 8
Incoming voice call · 20:29
Call Back
Tue, Dec 9
Missed video call · 10:35
Outgoing video call · 13:56
Incoming video call · 14:00
Incoming video call · 14:15
Call Back
Wed, Dec 10
Incoming video call · 11:08
Message


13:41
LTE 26
JW
Joshua Wand...
1w
Outgoing video call · 13:56
Tue, Dec 9
Incoming video call · 14:00
Incoming video call · 14:15
Call Back
Wed, Dec 10
Incoming video call · 11:08
Call Back
Thu, Dec 11
Outgoing voice call · 15:02
Call Again
Fri, Dec 12
Incoming voice call · 14:59
Call Back
Tue, Dec 16
Incoming video call · 10:50
Outgoing voice call · 16:32
Unanswered voice call · 17:14
Missed voice call · 20:03
Message
Outgoing voice call · 20:36


13:41
LTE 26
JW
Joshua Wand...
1w
Call Back
Fri, Dec 12
Tue, Dec 16
Incoming video call · 10:50
Outgoing voice call · 16:32
Unanswered voice call · 17:14
Missed voice call · 20:03
Outgoing voice call · 20:28
Outgoing voice call · 20:36
Call Again
Wed, Dec 17
Outgoing voice call · 12:31
Unanswered voice call · 12:58
Incoming voice call · 14:48
Call Back
Thu, Dec 18
Unanswered voice call · 15:31
Incoming voice call · 17:26
Call Back
Message
Unanswered voice call · 11:44


13:42
LTE 26
JW
Joshua Wand...
1w
Call Back
Wed, Dec 17
Thu, Dec 18
Unanswered voice call · 15:31
Incoming voice call · 17:26
Call Back
Fri, Dec 19
Unanswered voice call · 11:44
Call Again
Your safety number with Joshua Wander has changed.
Learn More
Outgoing voice call · 11:44
Missed voice call · 13:35
Outgoing voice call · 13:36
Call Again
Mon, Dec 22
Outgoing voice call · 11:32
Call Again
Message
https://www.calcioefinanza.it/
2025/12/22/genoa-blazquez-


13:42
LTE
JW
Joshua Wand...
1w
Outgoing voice call · 13:36
Fri, Dec 19
Mon, Dec 22
Outgoing voice call · 11:32
Call Again
[redacted]
11:36
Mon, Dec 29
Incoming voice call · 14:23
Call Back
[redacted]
18:54
Tue, Dec 30
Incoming video call · 10:04
Call Back
Thu, Jan 1
Message


13:42
LTE
JW
Joshua Wand...
1w
Mon, Dec 29
18:54
Tue, Dec 30
Incoming video call · 10:04
Call Back
Thu, Jan 1
Happy new year Buddy 00:23
Fri, Jan 2
Incoming video call · 10:31
Call Back
Call me 10:32
Outgoing voice call · 10:32
Missed voice call · 14:46
Call Back
Mon, Jan 5
Missed voice call · 09:34
Outgoing voice call · 12:37
Message
Outgoing voice call · 13:04


13:42
LTE 26
JW
Joshua Wand...
1w
Call Back
Fri, Jan 2
Mon, Jan 5
Missed voice call · 09:34
Outgoing voice call · 12:37
Outgoing voice call · 13:01
Missed voice call · 13:01
Outgoing voice call · 13:04
Missed voice call · 17:53
Call Back
Tue, Jan 6
Missed video call · 09:04
Call Back
Wed, Jan 7
Missed video call · 10:20
Missed video call · 10:21
Missed video call · 14:53
Call Back
Call
Message