# Exhibit A

Part 4 of 5


13:42
LTE 26
JW
Joshua Wand...
1w
Wed, Jan 7
14:53
Call Back
Call 14:54
Thu, Jan 8
Missed video call · 09:01
Call Back
You alive ?
In air to Miami - was in nyc 13:12
Mon, Jan 12
Missed voice call · 16:15
Incoming video call · 20:26
Call Back
Fri, Jan 23
You declined a video call · 14:46
Outgoing voice call · 15:10
Call Again
Message


13:42
LTE
Joshua Wand...
1w
Mon, Jan 12
Fri, Jan 23
You declined a video call · 14:46
Outgoing voice call · 15:10
Call Again
Thu, Jan 29
Unanswered voice call · 07:38
Missed voice call · 10:22
Outgoing voice call · 10:26
Unanswered voice call · 10:26
Incoming voice call · 10:26
Call Back
Tue, Feb 3
Unanswered voice call · 09:21
Call Again
Wed, Feb 4
Missed voice call · 15:06
Incoming voice call · 17:59
Message


13:42
LTE
JW
Joshua Wand...
1w
Call Again
Tue, Feb 3
Wed, Feb 4
Missed voice call · 15:06
Incoming voice call · 17:59
Call Back
Thu, Feb 5
Outgoing video call · 16:12
Incoming voice call · 18:13
Call Back
Thu, Feb 12
Outgoing voice call · 15:27
Incoming voice call · 15:37
Call Back
Tue, Feb 24
Outgoing voice call · 08:49
Outgoing voice call · 08:50
Call Again
Message
Missed voice call · 08:14


13:42
LTE 26
JW
Joshua Wand...
1w
Thu, Feb 12
Tue, Feb 24
Outgoing voice call · 08:49
Outgoing voice call · 08:50
Call Again
Wed, Feb 25
Missed voice call · 08:14
Incoming voice call · 11:43
Call Back
Thu, Feb 26
Outgoing voice call · 18:04
Call Again
Wed, Mar 4
Unanswered voice call · 07:36
Unanswered voice call · 08:01
Incoming voice call · 08:23
Call Back
Fri, Mar 6
Message
Incoming voice call · 10:44


13:42
LTE
Joshua Wand...
1w
Wed, Mar 4
Unanswered voice call · 08:01
Incoming voice call · 08:23
Call Back
Fri, Mar 6
Unanswered voice call · 10:35
Incoming voice call · 10:44
Incoming voice call · 16:48
Call Back
Fri, Mar 13
Unanswered voice call · 09:35
Missed voice call · 10:48
Outgoing voice call · 13:59
Call Again
Thu, Mar 26
Incoming voice call · 11:22
Call Back
Message


12:59
5G
JW
Joshua Wand...
1w
Call Again
Fri, Mar 13
Thu, Mar 26
Incoming voice call · 11:22
Call Back
Mon, Apr 6
Missed voice call · 17:28
Call Back
Thu, Apr 16
Missed video call · 10:27
Call Back
Mon, Apr 20
You declined a video call · 09:43
Outgoing video call · 09:54
Call Again
Wed, Apr 22
Missed call while using Focus · 07:09
Call Back
Message