# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

*v.*

JOSHUA WANDER,

*Defendant.*

**No. 25 Cr. 473 (JPO)**

## DECLARATION OF THOMAS A. MCKAY

Thomas A. McKay, an attorney duly admitted to practice in the State of New York and in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a partner associated with Morvillo Abramowitz Grand Iason & Anello PC, a law firm headquartered in New York City.

2.      From in or about April 2024 through in or about June 2024, I represented Joshua Wander and Steven Pasko in an investigation being conducted by SDNY and the SEC ("the Investigation").

3.      During that period, I understood that 777 Partners and certain affiliated entities ("the Company") were represented by Jon Sale, Chris Cavallo, and other attorneys at Nelson Mullins.  I further understood that Nelson Mullins also represented Mr. Wander individually during that period.

4.      During that period, I believed that Mr. Wander, Mr. Pasko, and the Company shared a common legal interest with regard to the Investigation.  I discussed this on several occasions with attorneys at Nelson Mullins, who agreed.  We therefore shared privileged information and work product, and formulated a joint legal strategy as part of a common interest agreement.

5.      On or about June 11, 2024, I, other attorneys in my firm, and attorneys at Nelson Mullins jointly made a presentation to AUSAs in SDNY that reflected this common strategy.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 26, 2026.

Dated: June 26, 2026

Signed by:

*Thomas McKay*

4B0A1891D78046B...

Thomas A. McKay
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9484
Fax: (212) 856-9494
tmckay@maglaw.com

2