

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 16, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: **United States v. Wander, 25 Cr. 473 (JPO)**

Dear Judge Oetken:

  The Government respectfully writes to advise the Court that the parties conferred and agreed to a schedule with respect to the exchange of certain material and information prior to trial in this matter, which is scheduled to begin on October 19, 2026. The parties respectfully request that the Court endorse their proposed schedule:

| Date | Deadline |
| --- | --- |
| July 27, 2026 | Subject to the Court's availability, conference on defendant's pretrial motions. |
| August 7, 2026 | If the defendant intends to pursue at trial an advice-of-counsel defense or a good faith defense based on the involvement of attorneys, the defendant must disclose to the Government by this date (i) which attorneys, if any, the defendant purportedly relied on, (ii) the persons or entities the defendant asserts controls any applicable privilege (e.g., 777 Partners, the defendant personally or a third party), (iii) the timing and substance of the alleged advice upon which the defendant relied, (iv) all documents (including attorney-client and attorney work product documents) currently in the defendant's possession, custody, or control that support or might impeach or undermine any such defense. |
| August 21, 2026 | The parties provide notice to each other, consistent with the requirements of Fed. R. Crim. P. 16, of experts potentially to be called, if any, during the Government's case-in-chief and the defendant's case-in-chief. |
| September 4, 2026 | The parties file any motions pursuant to the standard set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). |

| | The parties provide notice to each other, consistent with the requirements of Fed. R. Crim. P. 16, of rebuttal experts, if any. |
|---|---|
| September 18, 2026 | The Government will disclose to the defendant by this date an initial trial exhibit list, a preliminary witness list, and Jencks Act material. These lists and disclosures are subject to good faith revision and supplementation. The defendant will produce to the Government materials covered by Fed. R. Crim. P. 16. |
| September 25, 2026 | The parties file motions *in limine*. The parties file any oppositions to motions pursuant to the standard set forth in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). |
| October 2, 2026 | The parties file oppositions to motions *in limine*. The parties file proposed jury instructions, voir dire, and verdict forms. |
| October 7, 2026 | The defendant will disclose to the Government by this date an initial trial exhibit list (including any non-impeachment exhibits to be offered during cross-examination of Government witnesses), a preliminary witness list, and Fed. R. Crim. P. 26.2 material. These lists and disclosures are subject to good faith revision and supplementation. The parties file replies to motions *in limine*, if any. |
| October 9, 2026 | Subject to the Court's availability, final pretrial conference. |
| October 19, 2026 | Trial is scheduled to begin. |

The parties recognize that Jencks Act and Rule 26.2 obligations are continuing, and accordingly that when new material is generated after the pertinent deadlines described above, such material will be timely provided.

2

The Government respectfully requests, on behalf of the parties, that the Court order the proposed schedule for filings and disclosures set forth above.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:     _____

Marguerite B. Colson
Sarah Mortazavi
Alexandra N. Rothman
Assistant United States Attorneys
Southern District of New York
(212) 637-2580

The parties' proposed schedule for pretrial filings and disclosures is hereby approved and adopted. The next pretrial conference is hereby scheduled for **July 30, 2026, at 2:30 pm** (and the conference previously scheduled for July 16, 2026 is adjourned to July 30, 2026). At the July 30 conference, the defendant will be arraigned on the superseding indictment and the pending motions will be addressed.

The final pretrial conference is hereby scheduled for **October 9, 2026, at 2:00 pm**.

The Court excludes time through the date of trial, October 19, 2026, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.

So ordered: 7/2/2026

_____
J. PAUL OETKEN
United States District Judge

3