# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

July 15, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Wander*, 25 Cr. 473 (JPO)

Dear Judge Oetken:

We write on behalf of defendant Joshua Wander to respectfully request that he be permitted to travel to the Central and Southern Districts of California (specifically, Los Angeles and San Diego) from July 17 through July 23, 2026.  The purpose of the travel is to attend a funeral and to visit Mr. Wander's parents.

We have conferred with Pretrial Services and the U.S. Attorney's Office, neither of which object to this request.

We respectfully request that the Court endorse this letter to permit Mr. Wander to travel as proposed.

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jordan Estes*
Jordan Estes
Dani R. James
Michael Martinez
Samuel Raymond
200 Park Avenue
New York, New York 10166
(212) 351-4000
*Counsel for Defendant Joshua Wander*

cc:     All counsel of record (by ECF)

Granted
So Ordered: 7/17/2026

J. PAUL OETKEN
United States District Judge