# GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

August 11, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *United States v. Wander*, **S1 25 Cr. 473 (JPO)**

Dear Judge Oetken:

We write on behalf of defendant Joshua Wander to respectfully request that he be permitted to travel to the District of Massachusetts (specifically Boston) from August 13 through August 16, 2026, and to the District of New Hampshire from August 16 through August 21, 2026.  The purpose of the travel is to attend a wedding and to visit Mr. Wander's in-laws.

We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request.  Pretrial Services has no objection to the request, and the U.S. Attorney's Office takes no position.

We respectfully request that the Court endorse this letter to permit Mr. Wander to travel as proposed.

Granted
  So ordered:
  8/12/2026

_____
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jordan Estes*
Jordan Estes
Dani R. James
Michael Martinez
Samuel Raymond
200 Park Avenue
New York, New York 10166
(212) 351-4000
*Counsel for Defendant Joshua Wander*

cc:    All counsel of record (by ECF)