GIBSON DUNN

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

November 4, 2026

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Wander*, S1 25 Cr. 473 (JPO)**

Dear Judge Oetken:

We write on behalf of Defendant Joshua Wander. We have conferred with the government following the *Fatico* hearing held on November 2, 2026, and the parties propose the following schedule for post-hearing briefing:

- December 2, 2026 – the government submits its opening brief
- December 23, 2026 – Mr. Wander submits his responsive brief

We respectfully request that the Court so order this schedule.

The parties' proposed schedule is hereby approved and adopted.
So ordered.
11/4/2026

J. PAUL OETKEN
United States District Judge

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Jordan Estes*
Jordan Estes
Dani R. James
Michael Martinez
Samuel Raymond

*Counsel for Defendant Joshua Wander*

cc: All counsel of record (by ECF)